**MAJOR JURY**

**HILL & ASSOCIATES**
**BY: LEONARD K. HILL**
**Identification No. 81849**
**1700 Market Street, Suite 3150**
**Philadelphia, PA 19103**
**(215) 567-7600**

**Attorney for Plaintiff**

*Filed and Attested by the Office of Judicial Records 01 DEC 2021 04:49 pm S. RICE*

| | | |
|---|---|---|
| Jose Castillo | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| Plaintiff | : | CIVIL TRIAL DIVISION |
| | : | |
| vs. | : | December Term, 2021 |
| | : | |
| Diallo, LLC | : | No. |
| and | : | |
| Bocar Diallo | : | |
| and | : | |
| John Does (1-99) | : | |
| and | : | |
| ABC Corporations (1-99) | : | |
| | : | |
| Defendants | : | |

## CIVIL ACTION-COMPLAINT-MOTOR VEHICLE NEGLIGENCE- 2V

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CONNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**Philadelphia Bar Association**
**Lawyer Referral and Information**
**One Reading Center**
**Philadelphia, PA 19107**
**(215) 238-1701**

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

**LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SINO TIENE EL DINERO SUFICIN\NENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

**Asociacion De Licenciado De Filadelfia**
**One reading Center**
**Filadelfia, PA 19107**
**Telefono: (215) 238-1701**

Case ID: 211102460

**MAJOR JURY**

**HILL & ASSOCIATES**
**BY:  LEONARD K. HILL**
**Identification No.  81849**                              **Attorney for Plaintiff**
**1700 Market Street, Suite 3150**
**Philadelphia, PA  19103**
**(215) 567-7600**

| | | |
|---|---|---|
| Jose Castillo | : | COURT OF COMMON PLEAS |
| 3468 N Hope Street | : | PHILADELPHIA COUNTY |
| Philadelphia, PA 19140 | : | CIVIL TRIAL DIVISION |
| | : | |
| Plaintiff | : | |
| vs. | : | December Term, 2021 |
| | : | |
| Diallo, LLC | : | No. |
| 11216 Thienes Ave. | : | |
| El Monte, CA 91733 | : | |
| and | : | |
| Bocar Diallo | : | |
| 11216 Thienes Ave. | : | |
| El Monte, CA 91733 | : | |
| and | : | |
| John Does (1-99) | : | |
| 11216 Thienes Ave. | : | |
| El Monte, CA 91733 | : | |
| and | : | |
| ABC Corporations (1-99) | : | |
| 11216 Thienes Ave. | : | |
| El Monte, CA 91733 | : | |
| | : | |
| Defendants | : | |

## GENERAL AVERMENTS

1.      Plaintiff, Jose Castillo, is an individual citizen and resident of the Commonwealth

of Pennsylvania, city of Philadelphia residing therein at the address shown in the caption.

2.      Defendant, Diallo, LLC is a limited liability corporation regularly conducting

business in the Commonwealth of Pennsylvania, City of Philadelphia with a principal place of

business at the address shown in the caption.

Case ID: 211102460

3.     Defendant, Bocar Diallo, is an individual citizen and resident of California, residing at the address shown in the caption.

4.     Defendants, John Does (1-99), are the current and former officers, directors, agents, employees of defendants, their subsidiaries, parent companies, sister companies, successor companies, predecessor companies and / or otherwise related entities who made decisions related to the motor vehicle accident of December 12, 2019 in Philadelphia, Pennsylvania.

5.     Defendants, ABC Corporations (1-99), are owners, operators, franchisees, other companies and / or otherwise related entities who made decisions related to the conduct, which led to the motor vehicle accident of December 12, 2019 in Philadelphia, Pennsylvania.

6.     Pursuant to Pa. R. Civ. P. 2005, Defendants John Does (1-99) and ABC Corporations (1-99), are Doe designated defendants added to this action where their actual name/identity is unknown despite a reasonable and diligent search.

7.     Plaintiff reserves the right to amend this Complaint and name said unknown individuals and/or entities, as aforementioned, as additional defendants pursuant to Pennsylvania Rules of Civil Procedure 2005 and 1033.

8.     At all relevant times, all Defendants, were acting through their duly authorized agents, ostensible agents, servants, workmen and/or employees who were acting in the course and scope of their employment, and/or agency on behalf of said Defendants.

9.     The motor vehicle accident between the Plaintiff and the Defendant took place on December 12, 2019, at/near the intersection of Roosevelt Blvd. and Tower Blvd. in Philadelphia, Pennsylvania.

10.    On that date, Plaintiff Jose Castillo, was the driver of a vehicle traveling on Tower Blvd.

Case ID: 211102460

11.     On that date, Defendant Bocar Diallo, was the driver of a large commercial trucking vehicle traveling on Roosevelt Blvd. crossing the intersection in front of Plaintiff Jose Castillo.

12.     On that date, Defendant Bocar Diallo was the driver of the commercial trucking vehicle that was owned by Defendant Diallo, LLC, which was traveling on Roosevelt Blvd. crossing the intersection in front of Plaintiff Jose Castillo.

13.     At all times relevant, Defendant Bocar Diallo was an employee, servant and/or workman of Defendant Diallo, LLC and was acting within the course and scope of his employment

14.     On that date, Defendant Bocar Diallo caused, without warning, the commercial Peterbilt PRTB vehicle owned by Defendant Diallo, LLC to T-bone and/or crash head on to the vehicle operated by Plaintiff Jose Castillo.

15.     As a result of the crash, Plaintiff Jose Castillo was violently thrown about inside of his vehicle.

## COUNT I
## NEGLIGENT ENTRUSTMENT
### Jose Castillo vs. Diallo, LLC and ABC Corporations (1-99)

16.     Paragraphs 1 through 15 of the Complaint are incorporated herein by reference.

17.     Defendant, Diallo, LLC, owned the commercial Mitsubishi Fuso vehicle which Bocar Diallo, was operating at the time of the accident.

18.     Defendant, Diallo, LLC, knew or should have known that Bocar Diallo, was incompetent to drive and would create an unreasonable risk of harm to others, such as the harm caused to the Plaintiff Jose Castillo on or about December 12, 2019.

19.     Nonetheless, Defendant, Diallo, LLC, permitted Bocar Diallo to operate said motor vehicle, causing Plaintiff to sustain painful and severe injuries as described herein.

Case ID: 211102460

20.    Plaintiff Jose Castillo, sustained painful and severe injuries to various parts of his body, which include but are not limited to the following: neck, middle back, lower back, head, upper and lower extremities, including multiple herniations in the cervical spine and lumbar spine.

21.    By reason of the aforesaid injuries sustained by Plaintiff Jose Castillo has incurred medical expenses and has been advised, and therefore, avers that she may be forced to incur similar expenses in the future, and claim is made therefor.

22.    As a result of the aforementioned injuries, Plaintiff Jose Castillo has undergone and in the future may undergo great physical and mental suffering, great inconvenience in carrying out his daily activities, loss of life's pleasures and enjoyment, and claim is made therefor.

23.    As a result of the aforesaid injuries, Plaintiff Jose Castillo has been and in the future may be subject to great humiliation and embarrassment, and claim is made therefor.

24.    As a result of the aforementioned injuries, Plaintiff Jose Castillo may have sustained work and/or wage loss and loss of work opportunity and may in the future suffer a permanent diminution of his earning power and capacity, and claim is made therefor.

25.    Plaintiff Jose Castillo continues to be plagued by persistent pain and limitation and, therefore, avers that his injuries may be of a permanent nature, causing residual problems for the remainder of his lifetime, and claim is made therefor.

26.    As a further result of the aforementioned incident, Plaintiff Jose Castillo suffered the partial and/or total loss of her vehicle that he was operating at the time of the incident, all to his great financial detriment and loss, and claim is made therefor.

**Wherefore**, Plaintiff, Jose Castillo, hereby demands judgment against Defendant, Diallo, LLC in an amount in excess of Fifty Thousand ($50,000) Dollars.

Case ID: 211102460

## COUNT II
## NEGLIGENCE
### Jose Castillo vs. All Defendants

27.     Paragraphs 1 through 26 of the Complaint are incorporated herein by reference.

28.     The foregoing accident and all of the injuries and damages set forth hereinafter sustained by Plaintiff Jose Castillo are the direct and proximate result of the negligent and careless manner in which Defendants operated their respective motor vehicles and *inter alia*, the following:

a.  Failure to have his vehicle under such control as to be able to stop within the assured clear distance ahead;

b.  Failure to keep alert and maintain a proper watch for the presence of other motor vehicles on the highway;

c.  Failure to stay in his lane of travel;

d.  Failure to travel at a safe speed;

e.  Failure to yield the right–of-way to vehicles;

f.  Failure to keep a proper watch for traffic on the highway;

g.  Failure to drive his vehicle with due regard for the highway and traffic conditions which were existing and of which they were or should have been aware;

h.  In being negligent *per se* by following Plaintiff's vehicle more closely than is reasonable and prudent in violation of 75 Pa. C.S.A. section 3310;

i.  In being negligent *per se* by driving his vehicle at speed greater than reasonable and prudent under the conditions and having regard to the actual and potential hazards then existing and at a speed greater than that which would have permitted him to bring his vehicle to a stop within the assured clear distance ahead, in violation of 75 Pa. C.S.A. section 3361;

Case ID: 211102460

j. In being negligent *per se* by driving his vehicle at a speed in excess of the maximum speed limit in violation of 75 Pa. C.S.A. section 3362(a)(1.1);

k. In being negligent *per se* by driving his vehicle too closely to the vehicle in front of him in violation of the Pennsylvania Department of Transportation Commercial Driver's Manual;

29.     In failing to look and observe the lawful position of vehicles upon the highway and in failing to activate his lights or properly sound his horn or otherwise warn vehicles of his rapid approach.

30.     Plaintiff Jose Castillo, sustained painful and severe injuries to various parts of his body, which include but are not limited to the following: neck, middle back, lower back, head, upper and lower extremities, including multiple herniations in the cervical spine and lumbar spine.

31.     By reason of the aforesaid injuries sustained by Plaintiff Jose Castillo has incurred medical expenses and has been advised, and therefore, avers that she may be forced to incur similar expenses in the future, and claim is made therefor.

32.     As a result of the aforementioned injuries, Plaintiff  Jose Castillo has undergone and in the future may undergo great physical and mental suffering, great inconvenience in carrying out her daily activities, loss of life's pleasures and enjoyment, and claim is made therefor.

33.     As a result of the aforesaid injuries, Plaintiff Jose Castillo has been and in the future may be subject to great humiliation and embarrassment, and claim is made therefor.

34.     As a result of the aforementioned injuries, Plaintiff Jose Castillo may have sustained work and/or wage loss and loss of work opportunity and may in the future suffer a permanent diminution of her earning power and capacity, and claim is made therefor.

Case ID: 211102460

35.     Plaintiff Jose Castillo continues to be plagued by persistent pain and limitation and, therefore, avers that her injuries may be of a permanent nature, causing residual problems for the remainder of her lifetime, and claim is made therefor.

36.     As a further result of the aforementioned incident, Plaintiff Jose Castillo suffered the partial and/or total loss of her vehicle that she was operating at the time of the incident, all to his great financial detriment and loss, and claim is made therefor.

**Wherefore**, Plaintiff, Jose Castillo, hereby demands judgment against Defendants, in an amount in excess of Fifty Thousand ($50,000) Dollars.

_____
**LEONARD K. HILL, ESQUIRE**
**ATTORNEY FOR PLAINTIFF**

Case ID: 211102460

## VERIFICATION

The undersigned states that he/she is the plaintiff herein and verifies that the statements made in the foregoing <u>Complaint-Civil Action</u> is true and correct to the best of his/her knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa. C.S. 4904 relating to unsworn falsification to authorities.


☒ Signature _Jose Castillo_

☒ Print Name _Jose Castillo_

# J.F. TERRY ASSOCIATES, INC.
## MULTI-LINE CLAIMS SERVICES

**HOME OFFICE**
P.O. Box 309
Newtown Square, PA  19073
**FEIN #:** 22-1864379

**Phone:** 877-429-2778
**Fax:** 866-398-9083
www.jfterry.com
claims@jfterry.com

**FINAL**

**American Sentinel Insurance Company**
2222 W. Pinnacle Peak Rd. Suite 240
Phoenix, AZ  85027

**INVOICE #:** 21-11030-SV-1
**INVOICE DATE:** 11/22/2021
**INVOICE DUE:** 12/22/2021
**ATTENTION:** Vargas, Karla

## CLAIM INFORMATION

**INSURED:** Diallo LLC
**OUR FILE #:** 21-11030-SV
**YOUR FILE #:** ASI-0001765,
**ADJUSTER:** Terry, Joe
**LOSS DATE:** 12/12/2019
**LOSS UNIT:** General Liability

## BILLABLE ITEMS

| ITEM | QTY | RATE | PRICE |
|---|---|---|---|
| File Set Up | 1 | $45.00 | $45.00 |
| Hours | 23 | $95.00 | $2,185.00 |
| Mileage | 100 | $0.50 | $50.00 |
| Confidential Background Search | 1 | $220.00 | $220.00 |
| | | **SUBTOTAL:** | **$2,500.00** |
| | | **TAX & FEES:** | **$0.00** |
| | | **PAY THIS AMOUNT:** | **$2,500.00** |

## *Thank you for this assignment!*

DELAWARE • MARYLAND • NEW JERSEY • NEW YORK • PENNSYLVANIA • CONNECTICUT • OHIO • VIRGINIA • FLORIDA

### OUTSTANDING INVOICES ON THIS CLAIM

| Date of Invoice | Invoice # | Claimant | Invoice Total $ | Invoice Outstanding $ |
|---|---|---|---|---|
| | | No Other Outstanding Invoices on this Claim | | |

**Time Log for Invoice # 21-11030-SV-1**

| DATE | SERVICES | DESCRIPTION | HOURS |
|------|----------|-------------|-------|
| 11/10/2021 | Hours | Report to client. | 1.00 |
| 11/15/2021 | Hours | Travel time to residence of subject. | 1.00 |
| 11/15/2021 | Hours | Surveillance Investigation. | 8.00 |
| 11/15/2021 | Hours | Return travel to home office. | 1.00 |
| 11/19/2021 | Hours | Travel time to residence of subject. | 1.00 |
| 11/19/2021 | Hours | Surveillance Investigation. | 8.00 |
| 11/19/2021 | Hours | Return travel to home office. | 1.00 |
| 11/22/2021 | Hours | Report to client. | 2.00 |
| **TOTAL** | | | **23.00** |

**Non-Hourly Charges & Expense Log for Invoice # 21-11030-SV-1**

| DATE | SERVICES | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| 11/10/2021 | Comprehensive Background Research | Castillo, Jose. | $220.00 |
| 11/15/2021 | Mileage | Round trip mileage to residence of subject. | $25.00 |
| 11/19/2021 | Mileage | Round trip mileage to residence of subject. | $25.00 |
| **SUBTOTAL** | | | **$270.00** |

# J.F. TERRY ASSOCIATES, INC.
## MULTI-LINE CLAIMS SERVICES

November 22, 2021

<span style="color:red">CONFIDENTIAL</span>

AMERICAN SENTINEL INSURANCE COMPANY
2222 W. Pinnacle Peak Road, Suite 240
Phoenix, AZ 85027

**ATTENTION:  Ms. Karla Vargas, Claims Examiner**

| | |
|---|---|
| **Your Claim No.:** | **ASI-0001765** |
| **Insured:** | **Diallo, LLC** |
| **Date of Loss:** | **December 12, 2019** |
| **Claimant:** | **Jose Castillo** |
| **Our File No.:** | **21-11030-SV** |

**Dear Ms. Vargas**:

Enclosed for your review is our surveillance report.
This report is confidential.

**JOSE DAVID CASTILLO**:

The claimant has been identified as:

**Jose David Castillo**
**3468 N. Hope Street**
**Philadelphia, PA 19140**

| | |
|---|---|
| **Date of Birth:** | **February 22, 1964** |
| **Social Security No.:** | **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** |

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

<div style="border:1px solid blue;">

## INVESTIGATIVE SYNOPSIS

</div>

**Monday, November 15, 2021,** surveillance was conducted from 6:44am until 10:44am and initiated at the subject's residence located at 3468 North Hope Street, Philadelphia, PA 19140.  Upon arrival, there was no subject activity observed and there were many vehicles parked in the area, but none could be associated with the subject at this time.  At 7:48am, the subject exited the residence and walked to the rear of the property and retrieved a large piece of lumber and proceeded to strap it to the bed of a two tone Ford F-150, bearing PA tag# ZSX-6963 and then departed as the operator and sole occupant of the truck.  The subject traveled to 2 building supply stores and then traveled to west Philadelphia where visual was lost of the subject's truck after the subject pulled over abruptly for a second time.  The subject appeared to be looking for surveillance and was very suspicious of the investigator's vehicle.  After a canvas met with negative results in relocating the subject or his truck, the investigator returned to the subject's residence in the hopes of documenting him returning.  At 10:44am, with the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

**Friday, November 19, 2021,** surveillance was conducted from 6:42am until 2:42pm and initiated at the subject's residence located at 3468 North Hope Street, Philadelphia, PA 19140.  Upon arrival, there was no subject activity observed and the subject's associated two tone Ford F-150, bearing PA tag# ZSX-6963 was present.  A stationary surveillance position with a view of the residence and truck was secured.  At 12:35pm, the subject arrived as the operator of a silver GMC Envoy, bearing PA tag# LKC-3876.  There were two females and a few children that also appeared to be passengers.  The subject exited the vehicle, walked out of view towards the rear of the vehicle and then walked to his residence and entered.  A few moments later, the subject exited the residence, retrieved a wooden rocking chair from the vehicle and carried it into the residence.  The subject again exited the residence and retrieved many bags from the vehicle and carried them into the residence, all in one trip.  The subject then exited the residence, entered the GMC Envoy and departed the area. Visual of the subject's vehicle was lost near Front Street and Erie Avenue, Philadelphia, PA due to a traffic control device.  After a canvas met with negative results in relocating the subject or his vehicle, the investigator returned to the subject's residence in the hopes of documenting him returning.  At 2:42pm, with the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

## PRELIMINARY INFORMATION

**SUBJECT DESCRIPTION:**



The subject is a 57-year-old Hispanic male.

**RESIDENCE DESCRIPTION:**



Your subject's current address located at 3468 North Hope Street, Philadelphia, PA is a 2-story end unit row-home that is light brown and tan in color.

**VEHICLE INFORMATION:**



The subject's associated vehicle is a two tone Ford F-150, bearing PA tag# ZSX-6963.

Note that the subject is also associated with a silver GMC Envoy, bearing PA tag# LKC-3876.

3

**Corporate Office**  |  90 South Newtown Street Road, Suite 7  |  Newtown Square, PA 19073  |  **877.429.2778**  |  **www.jfterry.com**

Offices located in  |  Delaware  |  Maryland  |  New Jersey  |  New York  |  Pennsylvania  |  Connecticut  |  Virginia  |  Florida

## INVESTIGATION

### MONDAY, NOVEMBER 15, 2021

We placed Islam Jose Castillo under surveillance to monitor his physical activity. On this date, we arrived at the subject's address in the early morning and established surveillance.

**6:44AM**     The investigator arrived at the address for the subject located at 3468 North Hope Street, Philadelphia, PA 19140.  Upon arrival, there was no subject activity observed and there were many vehicles parked in the area, but none could be associated with the subject at this time.

**7:48AM**     The subject exited the residence and walked out of view towards the rear of the residence.

**7:50AM**      The subject retrieved a large piece of lumber from the rear of the residence and proceeded to strap it to the bed of a two tone Ford F-150, bearing PA tag# ZSX-6963



**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**7:53AM**



The subject was documented as he stood near the bed of the pickup truck and then walked out of view. Moments later, the subject was observed entering the driver's seat of the truck.

**7:56AM**



The subject's Ford F150 was documented as the subject remained seated with the vehicle as the engine warmed. Moments later, the subject departed the area.

**8:04AM**    The subject arrived at D & S Supply Company, 4258 Macalester Street, Phila, PA and entered the building after parking.

**8:08AM**    The subject entered his truck and departed the area.

**8:21AM**



The subject arrived at Strathmann's Lumber and Supply, 1801 East Lehigh Avenue, Philadelphia, PA.

After parking his truck, the subject briefly entered the office and was then documented walking from the office out of view towards the rear of the property.

5

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

8:26AM

The subject was observed looking around before eventually entering his truck and departing the area.

The subject has made a small purchase and appeared to hand an employee payment for the small item.

9:12AM        The subject traveled to west Philadelphia where visual was lost of the subject's truck after the subject pulled over abruptly for a second time.  The subject appeared to be looking for surveillance and was very suspicious of the investigator's vehicle.

9:30AM        After a canvas met with negative results in relocating the subject or his truck, the investigator traveled back to the subject's residence in the hopes of documenting him returning.

10:31AM       Mail was delivered to the subject's residence by a mail carrier from the USPS.

12:00PM       No outside activity observed.

1:00PM        No outside activity observed.

2:00PM        No outside activity observed.

3:00 PM       With the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

**Corporate Office**  |  90 South Newtown Street Road, Suite 7  |  Newtown Square, PA 19073  |  **877.429.2778**  |  **www.jfterry.com**

Offices located in  |  Delaware  |  Maryland  |  New Jersey  |  New York  |  Pennsylvania  |  Connecticut  |  Virginia  |  Florida

# FRIDAY, NOVEMBER 19, 2021

We placed Jose Castillo under surveillance to monitor his physical activity. On this date, we arrived at the subject's address in the early morning and established surveillance.

**6:42AM**



The investigator arrived at the address for the subject located 3468 North Hope Street, Philadelphia, PA 19140.

Upon arrival, there was no subject activity observed and the subject's associated two tone Ford F-150, bearing PA tag# ZSX-6963 was present.  A stationary surveillance position with a view of the residence and truck was secured.

**12:35PM**



The subject arrived as the operator of a silver GMC Envoy, bearing PA tag# LKC-3876.

There were two females and a few children that also appeared to be passengers.  The subject exited the vehicle, walked out of view towards the rear of the vehicle.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**12:37PM**



The subject walked to his residence, unlocked the door, bent and picked up a few bags and entered the residence.

**12:38PM**



The subject exited the residence, retrieved a wooden rocking chair from the vehicle and carried it into the residence.

**12:38PM**



The subject again exited the residence and retrieved many bags from the vehicle and carried them into the residence, all in one trip.

**12:40PM**



The subject exited the residence, entered the GMC Envoy and departed the area.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**12:44PM**    Visual of the subject's vehicle was lost near Front Street and Erie Avenue, Philadelphia, PA due to a traffic control device.

**1:05PM**    After a canvas met with negative results in relocating the subject or his vehicle, the investigator returned to the subject's residence in the hopes of documenting him returning.

**2:42PM**    With the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

<u>**End of Investigation**</u>

| **REMARKS** |
| --- |

We have completed the initial request to place Jose Castillo under surveillance to document his physical activity.

The investigation into this matter is being suspended pending review from your office. Should you require anything further, please contact our office directly at your convenience.

Respectfully,

**J.F. TERRY ASSOCIATES, INC.**
Jason Kreider
*Investigator*
claims@jfterry.com

9

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

# J.F. TERRY ASSOCIATES, INC.
## MULTI-LINE CLAIMS SERVICES

November 22, 2021

**CONFIDENTIAL**

AMERICAN SENTINEL INSURANCE COMPANY
2222 W. Pinnacle Peak Road, Suite 240
Phoenix, AZ 85027

**ATTENTION:  Ms. Karla Vargas, Claims Examiner**

**Your Claim No.:**     **ASI-0001765**
**Insured:**              **Diallo, LLC**
**Date of Loss:**        **December 12, 2019**
**Claimant:**           **Jose Castillo**
**Our File No.:**        **21-11030-SV**

**Dear Ms. Vargas**:

Enclosed for your review is our surveillance report.
This report is confidential.

**JOSE DAVID CASTILLO**:

The claimant has been identified as:

**Jose David Castillo**
**3468 N. Hope Street**
**Philadelphia, PA 19140**

**Date of Birth:**           **February 22, 1964**
**Social Security No.:**     **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**

**Corporate Office**  |  90 South Newtown Street Road, Suite 7  |  Newtown Square, PA 19073  |  **877.429.2778**  |  **www.jfterry.com**

Offices located in  |  Delaware  |  Maryland  |  New Jersey  |  New York  |  Pennsylvania  |  Connecticut  |  Virginia  |  Florida

## Investigative Synopsis

**Monday, November 15, 2021,** surveillance was conducted from 6:44am until 10:44am and initiated at the subject's residence located at 3468 North Hope Street, Philadelphia, PA 19140.  Upon arrival, there was no subject activity observed and there were many vehicles parked in the area, but none could be associated with the subject at this time.  At 7:48am, the subject exited the residence and walked to the rear of the property and retrieved a large piece of lumber and proceeded to strap it to the bed of a two tone Ford F-150, bearing PA tag# ZSX-6963 and then departed as the operator and sole occupant of the truck.  The subject traveled to 2 building supply stores and then traveled to west Philadelphia where visual was lost of the subject's truck after the subject pulled over abruptly for a second time.  The subject appeared to be looking for surveillance and was very suspicious of the investigator's vehicle.  After a canvas met with negative results in relocating the subject or his truck, the investigator returned to the subject's residence in the hopes of documenting him returning.  At 10:44am, with the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

**Friday, November 19, 2021,** surveillance was conducted from 6:42am until 2:42pm and initiated at the subject's residence located at 3468 North Hope Street, Philadelphia, PA 19140.  Upon arrival, there was no subject activity observed and the subject's associated two tone Ford F-150, bearing PA tag# ZSX-6963 was present.  A stationary surveillance position with a view of the residence and truck was secured.  At 12:35pm, the subject arrived as the operator of a silver GMC Envoy, bearing PA tag# LKC-3876.  There were two females and a few children that also appeared to be passengers.  The subject exited the vehicle, walked out of view towards the rear of the vehicle and then walked to his residence and entered.  A few moments later, the subject exited the residence, retrieved a wooden rocking chair from the vehicle and carried it into the residence.  The subject again exited the residence and retrieved many bags from the vehicle and carried them into the residence, all in one trip.  The subject then exited the residence, entered the GMC Envoy and departed the area.  Visual of the subject's vehicle was lost near Front Street and Erie Avenue, Philadelphia, PA due to a traffic control device.  After a canvas met with negative results in relocating the subject or his vehicle, the investigator returned to the subject's residence in the hopes of documenting him returning.  At 2:42pm, with the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

## PRELIMINARY INFORMATION

**SUBJECT DESCRIPTION:**



The subject is a 57-year-old Hispanic male.

**RESIDENCE DESCRIPTION:**



Your subject's current address located at 3468 North Hope Street, Philadelphia, PA is a 2-story end unit row-home that is light brown and tan in color.

**VEHICLE INFORMATION:**



The subject's associated vehicle is a two tone Ford F-150, bearing PA tag# ZSX-6963.

Note that the subject is also associated with a silver GMC Envoy, bearing PA tag# LKC-3876.

3

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

## INVESTIGATION

## MONDAY, NOVEMBER 15, 2021

We placed Islam Jose Castillo under surveillance to monitor his physical activity. On this date, we arrived at the subject's address in the early morning and established surveillance.

**6:44AM**    The investigator arrived at the address for the subject located at 3468 North Hope Street, Philadelphia, PA 19140.  Upon arrival, there was no subject activity observed and there were many vehicles parked in the area, but none could be associated with the subject at this time.

**7:48AM**    The subject exited the residence and walked out of view towards the rear of the residence.

**7:50AM**



The subject retrieved a large piece of lumber from the rear of the residence and proceeded to strap it to the bed of a two tone Ford F-150, bearing PA tag# ZSX-6963



4

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**7:53AM**



The subject was documented as he stood near the bed of the pickup truck and then walked out of view. Moments later, the subject was observed entering the driver's seat of the truck.

**7:56AM**



The subject's Ford F150 was documented as the subject remained seated with the vehicle as the engine warmed. Moments later, the subject departed the area.

**8:04AM**    The subject arrived at D & S Supply Company, 4258 Macalester Street, Phila, PA and entered the building after parking.

**8:08AM**    The subject entered his truck and departed the area.

**8:21AM**



The subject arrived at Strathmann's Lumber and Supply, 1801 East Lehigh Avenue, Philadelphia, PA.

After parking his truck, the subject briefly entered the office and was then documented walking from the office out of view towards the rear of the property.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**8:26AM**



The subject was observed looking around before eventually entering his truck and departing the area.

The subject has made a small purchase and appeared to hand an employee payment for the small item.

**9:12AM**    The subject traveled to west Philadelphia where visual was lost of the subject's truck after the subject pulled over abruptly for a second time.  The subject appeared to be looking for surveillance and was very suspicious of the investigator's vehicle.

**9:30AM**    After a canvas met with negative results in relocating the subject or his truck, the investigator traveled back to the subject's residence in the hopes of documenting him returning.

**10:31AM**    Mail was delivered to the subject's residence by a mail carrier from the USPS.

**12:00PM**    No outside activity observed.

**1:00PM**    No outside activity observed.

**2:00PM**    No outside activity observed.

**3:00 PM**    With the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

# FRIDAY, NOVEMBER 19, 2021

We placed Jose Castillo under surveillance to monitor his physical activity. On this date, we arrived at the subject's address in the early morning and established surveillance.

**6:42AM**



The investigator arrived at the address for the subject located 3468 North Hope Street, Philadelphia, PA 19140.

Upon arrival, there was no subject activity observed and the subject's associated two tone Ford F-150, bearing PA tag# ZSX-6963 was present.  A stationary surveillance position with a view of the residence and truck was secured.

**12:35PM**



The subject arrived as the operator of a silver GMC Envoy, bearing PA tag# LKC-3876.

There were two females and a few children that also appeared to be passengers.  The subject exited the vehicle, walked out of view towards the rear of the vehicle.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**12:37PM**



The subject walked to his residence, unlocked the door, bent and picked up a few bags and entered the residence.

**12:38PM**



The subject exited the residence, retrieved a wooden rocking chair from the vehicle and carried it into the residence.

**12:38PM**



The subject again exited the residence and retrieved many bags from the vehicle and carried them into the residence, all in one trip.

**12:40PM**



The subject exited the residence, entered the GMC Envoy and departed the area.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**12:44PM**     Visual of the subject's vehicle was lost near Front Street and Erie Avenue, Philadelphia, PA due to a traffic control device.

**1:05PM**     After a canvas met with negative results in relocating the subject or his vehicle, the investigator returned to the subject's residence in the hopes of documenting him returning.

**2:42PM**     With the subject not arriving and his current whereabouts unknown, surveillance efforts were discontinued for the day.

**<u>End of Investigation</u>**

## REMARKS

We have completed the initial request to place Jose Castillo under surveillance to document his physical activity.

The investigation into this matter is being suspended pending review from your office. Should you require anything further, please contact our office directly at your convenience.

Respectfully,

**J.F. TERRY ASSOCIATES, INC.**
Jason Kreider
*Investigator*
claims@jfterry.com

9



| | |
|---|---|
| **Subscriber Name:** | |
| **Subscriber Code/Market:** | I 9005164 17 03 |
| **Results Issued:** | 11/10/21 08:06 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
| | |
|---|---|
| **Reference ID:** | EB74-1AFA-BADB-C315-1193 |
| **SSN:** | |
| **Name:** | |
| **Current Address:** | |

### TRANSUNION CONSUMER CREDIT REPORT

**CASTILLO , JOSE**

| | | | |
|---|---|---|---|
| **Also Known As:** | **SSN:** 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 | **Phone:** | **In File Since:** 12/12 |
| CASTILO,JOSE | **Date of Birth:** 02/64 | | |

| **Current Address:** | **Previous Address:** | **Previous Address:** |
|---|---|---|
| 3468 N. HOPE ST. | 510 79TH ST. | 3034 N. 6TH ST. |
| PHILADELPHIA PA. 19140 | NORTH BERGEN NJ. 07047 | PHILADELPHIA PA. 19133 |
| Reported 3/19 | Reported 4/18 | |

#### EMPLOYMENT

| **VOYAGER** | **Position:** TRUCK DRIVER | **Start:** | **In File Since:** 9/16 |
|---|---|---|---|
| | | **End:** | **Effective:** 9/16 |

| **CONSTRUCTION WALKER** | **Position:** | **Start:** | **In File Since:** 3/13 |
|---|---|---|---|
| | | **End:** | **Effective:** 3/13 |

#### TRADES

CAPITAL ONE (B 01DTV001)          Account # 517805870026                          Account Rating   R01

| **Type:** REVOLVING | **Credit Limit:** $6,500 | **Balance:** $375 | **Opened:** 8/15 |
|---|---|---|---|
| **Loan Type:** CREDIT CARD | **High Credit:** $4,058 | **Past Due:** $0 | **Paid:** |
| **Responsibility:** I | **Terms:** MIN25 | **Last Payment:** | **Closed:** |
| **Remarks:** | | **Charge Off:** | **Verified:** 10/21 |
| | | | **Update Method:** AUTOMATED |

| **Late Payments** | 0   0   0 | **Delinquency** | **Maximum:** | **Payment Pattern** | **Months 1-12:** 111111111111 |
|---|---|---|---|---|---|
| (48 Months) | 30  60  90 | | **Amount:** | | **Months 13-24:** 111111111111 |
| | | | **Date:** | | **Months 25-36:** 11X111111111 |
| | | | | | **Months 37-48:** 111111111111 |

SYNCB/PPC (B 0999221L)          Account # 604419217309                          Account Rating   R01

| **Type:** REVOLVING | **Credit Limit:** $1,250 | **Balance:** $0 | **Opened:** 4/17 |
|---|---|---|---|
| **Loan Type:** CREDIT CARD | **High Credit:** $564 | **Past Due:** $0 | **Paid:** 9/17 |
| **Responsibility:** I | **Terms:** | **Last Payment:** | **Closed:** 11/20 |
| **Remarks:** INACTIVE ACCOUNT | | **Charge Off:** | **Verified:** 3/21 |
| | | | **Update Method:** AUTOMATED |

| **Late Payments** | 0   0   0 | **Delinquency** | **Maximum:** | **Payment Pattern** | **Months 1-12:** 111111111111 |
|---|---|---|---|---|---|
| (22 Months) | 30  60  90 | | **Amount:** | | **Months 13-24:** 1111111111 |
| | | | **Date:** | | |

**TRANSUNION CONSUMER CREDIT REPORT**

Results Issued: 11/10/21 08:06 CT
Page: 2 of 2

**REPORT SERVICED BY**

TRANSUNION
(800) 888-4213
P.O. BOX 1000, CHESTER, PA 19022
CONSUMER DISCLOSURES CAN BE OBTAINED ONLINE THROUGH TRANSUNION AT:
HTTP://WWW.TRANSUNION.COM

**END OF TRANSUNION REPORT**

Achieve more™ with **TransUnion**



# J.F. TERRY ASSOCIATES, INC.
## MULTI-LINE CLAIMS SERVICES

November 10, 2021

AMERICAN SENTINEL INSURANCE COMPANY
2222 W. Pinnacle Peak Road, Suite 240
Phoenix, AZ 85027

**ATTENTION:  Ms. Karla Vargas, Claims Examiner**

**Your Claim No.:**      **ASI-0001765**
**Insured:**                    **Diallo, LLC**
**Date of Loss:**           **December 12, 2019**
**Claimant:**                 **Jose Castillo**
**Our File No.:**           **21-11030-SV**

**Dear Ms. Vargas**:

Enclosed for your review is our Comprehensive Background Search Report.

**ASSIGNMENT**:

We received this assignment directly from your office on Tuesday, November 9, 2021.  We were requested to conduct a Surveillance Investigation and Background Search into the claimant, Jose David Castillo.

**JOSE DAVID CASTILLO**:

The claimant has been identified as:

**Jose David Castillo**
**3468 N. Hope Street**
**Philadelphia, PA 19140**
**DOB:  February 22, 1964**
**SSN:  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**

**CRIMINAL RECORDS**:

The following Criminal Record is associated with the claimant, Jose David Castillo.

Charges Filed Date:  January 21, 2014
Offense Description:  Improper Turn
Case No.: GT14000152-00
Crime Type:  Traffic
Classification:  Infraction
Offense Code:  46.2-846
Degree of Offense:  Infraction
Court:  King William Virginia General District Court
Court Costs: $96.00
Fines:  $50.00
Disposition:  Guilty

**CIVIL INFORMATION**:

We have developed the following civil information on the claimant, Jose David Castillo.

**United States Corporate Affiliations**:

The claimant has registered the following business under his name.

Business Name:  Canaan Transportation Limited Liability Company
Address:  510 79th Street, North Bergen, NJ 07047
Filing No.:  450224579
Corporation Type:  Corporation
Registration Type:  Domestic Limited Liability Company
Filing Date:  December 18, 2017
Status:  Active
Registered Agent:  Jose David Castillo

**Additional Civil Information**:

The claimant does not have any Bankruptcy Records.

The claimant does not have any Liens.

The claimant does not have any Judgments.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**
Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

The claimant does not have any Professional Licenses or Professional Affiliations.

The claimant does not have any United States Corporate or Business Affiliations.

The claimant does not have any UCC Filings.

The claimant does not have any Hunting or Weapon Permits.

The claimant is not currently registered to vote.

The claimant does not have any marriages on his Record.

**FINANCIAL INFORMATION**:

We have developed the following financial information on the claimant, Jose David Castillo.

**Employer**:

The last known employer for the claimant is identified as Canaan Transportation Limited Liability Company, 510 79th Street, North Bergen, NJ 07047.

**Property Information**:

The claimant does not currently own any property.

The claimant has not previously owned any property.

The claimant does not have any Property Foreclosures or Evictions on his Record.

**Address History**:

We have developed the following Address History for the claimant.

3468 N. Hope Street
Philadelphia, PA 19140
Dates Active: March 26, 2019 through November 10, 2021

510 79th Street
North Bergen, NJ 07047
Dates Active:  March 30, 2018 through November 3, 2021

3

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**

Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

3034 N. 6th Street
Philadelphia, PA 19133
Dates Active:  September 23, 2015 through August 7, 2018

508 W. Cumberland Street
Philadelphia, PA 19133
Dates Active:  October 19, 2011 through September 11, 2015

1031 S. Duke Street
Lancaster, PA 17602
Dates Active:  December 1, 2012 through April 7, 2015

330 W. Cambria Street
Philadelphia, PA 19133
Dates Active:  June 26, 2014

**Vehicle Information**:

The claimant does not have any registered vehicles in his name at this time.

**Transunion Consumer Credit Report**:

We were able to conduct a Transunion Consumer Credit Report on the claimant, Jose David Castillo, utilizing his confirmed social security number of 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.  The claimant has a Limited Credit History.  We are enclosing a copy of the claimant's Full Credit Report for your review.

**INTERNET PRESENCE RESEARCH**:

We have conducted an In-Depth Internet Presence Search on the claimant, Jose David Castillo, to determine his online presence.

The claimant does not appear in any online databases or publications.

We then conducted an extensive Social Media Sweep to determine whether or not the claimant appears in any active or public Social Media Profiles.  Please be advised that we utilized multiple search criteria to determine whether or not the claimant appears in any active or public Social Media Profiles. It has been determined that the claimant does not appear in any active or public Social Media Profiles.

**Corporate Office** | 90 South Newtown Street Road, Suite 7 | Newtown Square, PA 19073 | **877.429.2778** | **www.jfterry.com**
Offices located in | Delaware | Maryland | New Jersey | New York | Pennsylvania | Connecticut | Virginia | Florida

**<u>SURVEILLANCE</u>**:

We have confirmed the claimant's address as 3468 N. Hope Street, Philadelphia, PA 19140.  At this time, we are proceeding ahead with our Surveillance Investigation and will keep you updated.

**<u>FURTHER INVESTIGATION</u>**:

We are completing a Surveillance Investigation into the claimant, Jose David Castillo, 3468 N. Hope Street, Philadelphia, PA 19140.

**<u>COMMENTS</u>**:

Our handling continues.

Respectfully submitted

Joseph Terry
J.F. Terry Associates, Inc.
877-429-2778
claims@jfterry.com

**<u>Enclosures</u>**:

Credit Report

JCT/pls

**Corporate Office**  |  90 South Newtown Street Road, Suite 7  |  Newtown Square, PA 19073  |  **877.429.2778**  |  **www.jfterry.com**

Offices located in  |  Delaware  |  Maryland  |  New Jersey  |  New York  |  Pennsylvania  |  Connecticut  |  Virginia  |  Florida

**J.F. TERRY ASSOCIATES, INC.**
MULTI-LINE CLAIMS SERVICES

**HOME OFFICE**
90 S. Newtown Street Road
Suite 7
Newtown Square, PA  19073

**Phone:** 877-429-2778
**Fax:** 866-398-9083
www.jfterry.com
claims@jfterry.com

**American Sentinel Insurance Company**
2222 W. Pinnacle Peak Rd. Suite 240
Phoenix, AZ 85027

**ATTENTION:**  Karla Vargas

---

### ACKNOWLEDGEMENT OF ASSIGNMENT

#### CLAIM INFORMATION

|  |  |
|---:|:---|
| **INSURED:** | Diallo LLC |
| **POLICY #:** | |
| **CLAIMANT:** | Castillo, Jose |
| **OUR FILE #:** | 21-11030-SV |
| **YOUR FILE #:** | ASI-0001765, |
| **ADJUSTER:** | Joe Terry |
| **LOSS DATE:** | 12/12/2019 |

---

This assignment was received from your office on 11/10/2021.

Sincerely,

Joe Terry

877-429-2778

### *Thank you for this assignment!*

DELAWARE • MARYLAND • NEW JERSEY • NEW YORK • PENNSYLVANIA • CONNECTICUT • OHIO • VIRGINIA • FLORIDA

# Commonwealth of Pennsylvania Police Crash Report

**Incident Number:** 201902068354

**Crash Involves:** ○ DUI  ○ Fatality  ○ Hit and Run  ● Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle   **REPORTABLE CRASH**
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Police Agency Data

| Agency Name | Case Closed | Patrol Zone | Investigation Date |
|---|---|---|---|
| PHILADELPHIA | YES | 01 | 12/12/2019 |

| Dispatch Time | Arrival Time | Investigator | Badge Number |
|---|---|---|---|
| 09:15 hrs. | 09:25 hrs. | KOBIEROWSKI, PETER | 06183 |

| Approval Date | Reviewer | Reviewer Badge Number |
|---|---|---|
| 12/12/2019 | SANJUAN, JESUS | 00433 |

## Crash Data

| Date of Crash | Time of Crash | Day of the Week | Crash Description |
|---|---|---|---|
| 12/12/2019 | 09:05 hrs. | THURSDAY | HEAD ON |

| County | Municipality |
|---|---|
| PHILADELPHIA | PHILADELPHIA CITY |

| Weather Conditions | Relation to Roadway |
|---|---|
| NO ADVERSE CONDITIONS | ON TRAVEL LANES |

| Illumination | Road Surface Conditions |
|---|---|
| DAYLIGHT | DRY |

| # of Units | # of People | # of Injured | # Killed |
|---|---|---|---|
| 002 | 002 | 001 | 000 |

| School Bus Related | School Zone Related | PennDOT Notified | Type of Intersection | Special Location |
|---|---|---|---|---|
| NO | NO | NO | 4 WAY INTERSECTION | NOT APPLICABLE |

## Work Zone

| Work Zone | Work Zone Type | Where in Work Zone |
|---|---|---|
| NO | | |

Speed Limit | Workers Present | Officer Present | Work Zone Characteristics: ☐ Lane Closure  ☐ Road Closed with Detour  ☐ Work on Shoulder or Median  ☐ Intermittent or Moving Work  ☐ Flagger Control  ☐ Other

## Principal Road

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
| STATE HIGHWAY | 0001 | | 03 | 40 MPH | SOUTH |

| House Number | Street Name | St. Ending |
|---|---|---|
| | ROOSEVELT | BOULEVARD |

## Intersecting Rd.

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
Used in Intersection Crashes | | | | | | |

| Street Name | St. Ending |
|---|---|

## Distance From Landmark

**Landmark 1** (Used for Mid-Block Crashes)

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only | Feet |
|---|---|---|---|---|---|
| 0001 | | | | | 00064 |

| Street Name | Street Ending | Or Miles | Tenths |
|---|---|---|---|
| UNNAMED | STREET | | |

**Landmark 2**

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only | |
|---|---|---|---|---|---|
| | | | | | The above entry is the distance from the Crash Scene to Landmark 1 |
| Street Name | Street Ending | | | |

## GPS

| Latitude: | Degrees | Minutes | Seconds | Decimal | Longitude: | Degrees | Minutes | Seconds | Decimal |
|---|---|---|---|---|---|---|---|---|---|
| | 40 | 01 | 44 | 640 | - | 75 | 06 | 02 | 790 |

## TCD

| Traffic Control Device | Traffic Control Functioning |
|---|---|
| TRAFFIC SIGNAL | DEVICE FUNCTIONING PROPERLY |

## Lane

| Lane Closed | Lane Closure Direction | Traffic Detoured | Estimated Time Closed |
|---|---|---|---|
| PARTIALLY | SOUTH | NO | 30 - 60 MIN. |

## Environmental / Roadway Potential Factors (E/R)

| Factor 1 | Factor 2 | Factor 3 |
|---|---|---|
| NONE | | |

## Event Information

| First Harmful Event in the Crash | | Most Harmful Event in the Crash | |
|---|---|---|---|
| Unit Number | Harmful Event | Unit Number | Harmful Event |
| 001 | HIT UNIT 2 | 002 | STRUCK BY UNIT 1 |

| Indicated Prime Factor | Unit Number | Prime Factor Driver Action |
|---|---|---|
| DRIVER ACTION | 001 | SUDDEN SLOWING/STOPPING |

| Prime Factor Enviromental/Roadway | Prime Factor Vehicle Failure | Prime Factor Pedestrian Action |
|---|---|---|

| Road Surface Type | Special Jurisdiction |
|---|---|

# Commonwealth of Pennsylvania Police Crash Report

Incident Number:   201902068354

**Crash Involves:** ○ DUI   ○ Fatality   ○ Hit and Run   ● Commercial Vehicle   ○ State Police Vehicle   ○ Local Police Vehicle    **REPORTABLE CRASH**
○ N/A   ○ Work Zone   ○ ATV   ○ Snowmobile   ○ Commonwealth Vehicle   ○ Local Gov Vehicle

## Driver/Pedestrian Information

| Unit Number | Type Unit | | | | | Commercial Vehicle | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | Motor Vehicle in Transport | | | | | Yes | |

| First Name | MI | Last Name | | Suffix | DOB | Telephone Number |
| --- | --- | --- | --- | --- | --- | --- |
| BOCAR | | DIALLO | | | 04/11/1976 | (213) 401-5931 |

| Street Address | City | | State | Zip Code |
| --- | --- | --- | --- | --- |
| 11216 THINENES AVE | EL MONTE | | CA | 91733-0000 |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
| --- | --- | --- | --- | --- | --- |
| MALE | F2861235 | CA | A | 04/11/2023 | PRIVATE VEHICLE   NOT OWNED/LEASED BY DRIVER |

| Driver Presence | Physical Condition |
| --- | --- |
| DRIVER OPERATED VEHICLE | APPARENTLY NORMAL |

| Violation 1 | Person Charged |
| --- | --- |
| | |
| Violation 2 | Person Charged |
| | |
| Violation 3 | Person Charged |
| | |
| Violation 4 | Person Charged |
| | |

| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
| --- | --- | --- |
| NO | TEST NOT GIVEN | |

| Drug Test Type | Drug Test Results |
| --- | --- |
| NONE | |

| Driver Action | SUDDEN SLOWING/STOPPING |
| --- | --- |

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
| --- | --- | --- | --- |
| | | | |

| 1st Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| --- | --- | --- | --- |
| HIT UNIT 2 | | YES | |
| 2nd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| | | | |
| 3rd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| | | | |
| 4th Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| | | | |

## Vehicle Information

| Owner First Name | Owner MI | Owner Last Name or Business Name | | Suffix |
| --- | --- | --- | --- | --- |
| INC | | DIALLO | | |

| Street Address | City | | State | Zip Code | Telephone Number |
| --- | --- | --- | --- | --- | --- |
| 11216 THINENES AVE | EL MONTE | | CA | 91733000 | (213) 401-5931 |

| Vehicle Type | Vehicle Automation | Special Usage | Government Equipment Number |
| --- | --- | --- | --- |
| LARGE TRUCK | NO AUTOMATION | NOT APPLICABLE | |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
| --- | --- | --- | --- | --- |
| 2013 | PETERBILT | PRTB | RED | 1XP4D49X8DD190785 |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
| --- | --- | --- | --- | --- |
| XP09598 | CA | 999 | NO | |

| Insurance | Insurance Company | Policy Number | Expiration Date |
| --- | --- | --- | --- |
| YES | ROYAL INS SERVICES | FCT00905002 | |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
| --- | --- | --- | --- |
| SOUTH | LEFT OF TRAFFICWAY | GOING STRAIGHT | 12 O'CLOCK |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
| --- | --- | --- | --- |
| FUNCTIONA | LEVEL | STRAIGHT | NONE |

### Trailing Units

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
| --- | --- | --- | --- | --- |
| 1 | SEMI-TRAILER | 4LJ6803 | 2020 | CA |

| Unit Make | Unit Owner |
| --- | --- |
| WABASH NATIONAL | SOUTH WEST ASSETS MGMT |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
| --- | --- | --- | --- |
| | | | |

| Unit Make | Unit Owner |
| --- | --- |
| | |

### Motorcycle

| Engine Size | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
| --- | --- | --- | --- | --- |
| cc | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |
| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
| | | | | | | |

### Pedalcycle

| Passenger? | Helmet? | Head Lights? | Rear Reflectors? |
| --- | --- | --- | --- |
| | | | |

# Commonwealth of Pennsylvania Police Crash Report

**Incident Number:** 201902068354

**Crash Involves:** ○ DUI  ○ Fatality  ○ Hit and Run  ● Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle    **REPORTABLE CRASH**
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Driver/Pedestrian Information

| Unit Number | Type Unit | | | | | | Commercial Vehicle | |
| 002 | Motor Vehicle in Transport | | | | | | No | |

| First Name | MI | Last Name | | | Suffix | DOB | Telephone Number |
| JOSE | | CASTILLO | | | | 02/22/1964 | (267) 882-3556 |

| Street Address | City | | State | Zip Code |
| 3468 N HOPE ST | PHILADELPHIA | | PA | 19140 |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
| MALE | 30066161 | PA | C | | PRIVATE VEHICLE OWNED/LEASED BY DRIVER |

| Driver Presence | Physical Condition |
| DRIVER OPERATED VEHICLE | |

| Violation 1 | Person Charged |
| | |

| Violation 2 | Person Charged |
| | |

| Violation 3 | Person Charged |
| | |

| Violation 4 | Person Charged |
| | |

| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
| NO | TEST NOT GIVEN | |

| Drug Test Type | Drug Test Results |
| | |

| Driver Action | SUDDEN SLOWING/STOPPING |

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
| | | | |

| 1st Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| STRUCK BY UNIT 1 | | YES | |

| 2nd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| | | | |

| 3rd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| | | | |

| 4th Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| | | | |

## Vehicle Information

| Owner First Name | Owner MI | Owner Last Name or Business Name | | Suffix |
| JOSE | | CASTILLO | | |

| Street Address | City | | State | Zip Code | Telephone Number |
| 3468 N HOPE ST | PHILADELPHIA | | PA | 19140 | (267) 882-3556 |

| Vehicle Type | Vehicle Automation | Special Usage | Government Equipment Number |
| AUTOMOBILE | NO AUTOMATION | NOT APPLICABLE | |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
| 1992 | CHEVROLET | S10 | RED | 1GCCS14Z3N8128229 |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
| ZKZ6148 | PA | 999 | YES | ROTAIONAL TOWER OTHORDOX |

| Insurance | Insurance Company | Policy Number | Expiration Date |
| UNKNOWN | | | |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
| WEST | RIGHT OF TRAFFICWAY | GOING STRAIGHT | 2 O'CLOCK |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
| DISABLING | LEVEL | STRAIGHT | NONE |

### Trailing Units

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
| | | | | |

| Unit Make | | Unit Owner | |
| | | | |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
| | | | |

| Unit Make | | Unit Owner | |
| | | | |

### Motorcycle

| Engine Size cc | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
| | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
| | | | | | | |

| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
| | | | | | | |

### Pedal cycle

| Passenger? | Helmet? | Head Lights? | | Rear Reflectors? |
| | | | | |

# Commonwealth of Pennsylvania Police Crash Report

Incident Number:   201902068354

Crash Involves:  ○ DUI  ○ Fatality  ○ Hit and Run  ● Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle   **REPORTABLE CRASH**
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Commercial Vehicle

| Unit Number | Number of Axles | Carrier Name | Phone Number |
|---|---|---|---|
| 1 | 05 | DIALLO LLC | (213) 401-5931 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 11216 THIENES AVE | S EL MONTE | CA | 91733 |

| Cargo Body Type | Vehicle Configuration | GVWR |
|---|---|---|
| VAN / ENCLOSED BOX | TRACTOR / SEMI-TRAILER(S) | 080000 |

| Oversize Load | USDOT Number | ICC Number | PUC Number | Hazardous Materials |
|---|---|---|---|---|
| NO | 00308112 | | | NO |

| HazMat Class 1 | Release Indicator 1 |
|---|---|
| HazMat Class 2 | Release Indicator 2 |
| HazMat Class 3 | Release Indicator 3 |
| HazMat Class 4 | Release Indicator 4 |

## People Information

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 001 | 001 | BOCAR | | DIALLO | | 04/11/1976 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 11216 THIENES AVE | EL MONTE | CA | 91733-0000 |

| Phone Number | EMS Transport | Person Type | Gender |
|---|---|---|---|
| (213) 401-5931 | NO | DRIVER | MALE |

| EMS Agency | Medical Facility |
|---|---|
| PHILADELPHIA FIRE DEPT | NONE |

| Injury Severity |
|---|
| NOT INJURED |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | LAP AND SHOULDER BELT USED |

| Safety Equipment 2 | Extrication |
|---|---|
| NONE USED / NOT APPLICABLE | NOT APPLICABLE |

| Ejection | Ejection Path |
|---|---|
| NOT APPLICABLE | NOT EJECTED/NOT APPLICABLE |

## People Information

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 002 | 002 | JOSE | | CASTILLO | | 02/22/1964 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 3468 N HOPE ST | PHILADELPHIA | PA | 19140 |

| Phone Number | EMS Transport | Person Type | Gender |
|---|---|---|---|
| (267) 882-3556 | YES | DRIVER | MALE |

| EMS Agency | Medical Facility |
|---|---|
| PHILADELPHIA FIRE DEPT | EINSTIEN HOSPITAL |

| Injury Severity |
|---|
| SUSPECTED MINOR INJURY |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | UNKNOWN |

| Safety Equipment 2 | Extrication |
|---|---|
| NONE USED / NOT APPLICABLE | NOT APPLICABLE |

| Ejection | Ejection Path |
|---|---|
| NOT APPLICABLE | NOT EJECTED/NOT APPLICABLE |

## Witness

| First Name | MI | Last Name | Suffix | Phone Number |
|---|---|---|---|---|
| JOSE | | INGRAM | | (215) 820-2039 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 2645 N 23RD ST | PHILADELPHIA | PA | 19132 |

AA-500S TX

**Commonwealth of Pennsylvania Police Crash Report** PAGE 6

Incident Number:   201902068354

Crash Involves:   ○ DUI   ○ Fatality   ○ Hit and Run   ◉ Commercial Vehicle   ○ State Police Vehicle   ○ Local Police Vehicle   **REPORTABLE CRASH**
                   ○ N/A   ○ Work Zone   ○ ATV   ○ Snowmobile   ○ Commonwealth Vehicle   ○ Local Gov Vehicle



**NARRATIVE**

**Crash Synopsis**

DRIVER OF UNIT#1 TRAVELING S/B ROOSEVELT BLVD INNER DRIVE LEFT LANE STATED THE LIGHT WAS YELLOW IN HIS DIRECTION AND UNIT #2 WAS W/B ON TOWER BLVD WHEN CONTACT WAS MADE AT INTERSECTION. DRIVER OF UNIT #2 TRANSPORTED TO EINSTEIN HOSPITAL BY MEDIC 32 AND TREATED BY DR KREUGER IN STABLE CONDITION. UNIT #2 ROTAIONAL TOWING TO ORTHODOX TOWING.

**Crash Details**

DRIVER OF UNIT#1 TRAVELING S/B ROOSEVELT BLVD INNER DRIVE LEFT LANE STATED THE LIGHT WAS YELLOW IN HIS DIRECTION AND UNIT #2 WAS W/B ON TOWER BLVD WHEN CONTACT WAS MADE AT INTERSECTION. DRIVER OF UNIT #2 TRANSPORTED TO EINSTEIN HOSPITAL BY MEDIC 32 AND TREATED BY DR KREUGER IN STABLE CONDITION. UNIT #2 ROTAIONAL TOWING TO ORTHODOX TOWING.



# Invoice # 230-415387

**Date: 7/13/2021**

**American Sentinel Insurance Company**
**2222 W. Pinnacle Peak Road**
**Ste. 240**
**Phoenix, AZ  85027**

**Contact: Christina "Tina" Galaz**

**Claim Number: ASI-0001765**
**Claimant: JOSE CASTILLO**
**Date of Loss: 12/12/2019**

| QTY | ITEM | MEMO | RATE | AMOUNT |
|-----|------|------|------|--------|
| 1 | RN Review | 6 Hours | 900.00 | 900.00 |
| 1 | RN Review - Bill Review | | 110.00 | 110.00 |
| 2 | RN Review - Bill Review | | 25.00 | 50.00 |

### *Please pay this amount >>>>*   | **1,060.00**

Payment is due within 30 days of invoice date.
Please make checks payable to:
    ExamWorks LLC
    PO Box 492710
    Redding, CA  96049
    530-221-4759
    Tax ID: 26-1114252



Review Services

1160 Industrial Street
Redding, CA 96002
Toll-free: 1-800-250-8991

July 6, 2021

Claimant: Jose Castillo
DOI: December 12, 2019
Claim#: ASI-0001765

To Whom It May Concern;

You requested an RN review of the medical records for Jose Castillo and the injuries allegedly received due to a motor vehicle accident which occurred on December 12, 2019.

Records received:

- Einstein Healthcare Network (12/12/2019-12/13/2019)
- Pain Management & MRI (12/26/2019-04/29/2021)
- Delaware MRI (02/26/2020)
- Temple Health (04/28/2020-06/07/2020)
- Advantage Medical and Rehabilitation (12/01/2020)
- Frederick S Lieberman, MD PC (02/25/2021)

According to the records received, the claimant was a 55 year old restrained, Spanish-speaking driver involved in a motor vehicle accident which occurred on 12/12/2019. The records do not contain an accident or EMS report so the only account of the accident is the one provided by the claimant to his medical care providers. The claimant provided multiple descriptions of the MVA and the symptoms suffered at the scene of the accident to Einstein Healthcare Network providers as well as ongoing symptoms to his other medical care providers. The records received document he reported being hit head-on by an oncoming vehicle causing his vehicle to spin around, car spun multiple times, hit front driver's side spinning the car in the wrong direction, hit on the front passenger side, as well as being hit from behind causing his car to spin out of control crashing into a tree. He reported having mild, 4/10 non-radiating neck and left lateral posterior back pain on a scale where 10 is the maximum. He stated he had no head trauma or loss of consciousness, however, also reported he had hit his head and left knee during the accident. When reporting his symptoms to Dr. Frederick Lieberman, MD on 02/25/2021 he reported he had been dizzy for at least one minute at the scene of the accident.

After careful review of all the records received the care rendered at Einstein Healthcare Network from 12/12/2019-12/13/2019, including lab work and imaging tests, would be considered reasonable for the presenting symptoms after an accident. X-rays and CTs are typically completed to rule out fractures and dislocations, and to better evaluate possible soft tissue and organ injuries. Lab tests are typically performed to evaluate indications of hemodynamic instabilities after an injury. Physical therapy evaluations are also typically performed to evaluate for any functional deficits or possible needs of a person after an injury prior to discharge. The chiropractic treatment rendered at Pain Management & MRI would also be reasonable with the exception of the number of visits which were considered excessive. While the claimant was seen for a number of diagnoses, the one used for ODGuidelines recommendations was the cervical strain guidelines as they are the most comprehensive and slightly more generous in the amount of visits compared to the other areas of the claimant's complaints. In addition, the grading of severe was used because the accident was motor vehicle related. According to ODGuidelines, a trial of 10 visits over 4-6 weeks are recommended, and with evidence of functional improvement realized, a total of up to 25 visits over 26 weeks is recommended. Functional improvement should be documented according to ODGuidelines for the full amount of treatments to be recommended. Functional improvement should be documented according to ODGuidelines for the full amount of treatments to be recommended. The records provided do appear to indicate the claimant achieved a documented and measureable degree of functional improvement as was evidenced by slight improvement of pain levels and range of motion measurements as a direct result of the chiropractic treatments received. If following these guidelines, the first 25 visits the claimant received would be considered reasonable with the 25th visit occurring on 08/20/2020. However, there was a 5 week gap in treatment between the 18th visit on 04/22/2020 and the 19th visit on 05/27/2020. Though this may be related to the claimant's COVID infection noted in the records, this cannot be determined. Therefore, a recommendation cannot be made for chiropractic treatment past the 18th visit on 04/22/2020. The care provided at Temple Health on 04/28/2020-05/06/2020 for COVID would be unrelated to the claim in question. Due to the claimant's pre-existing conditions noted on initial and follow-up imaging, as well as the gap in treatment previously mentioned, a peer review is recommended for determination of relatedness and possible apportionment to the motor vehicle in question for all other treatment. This would include the cervical and lumbar MRIs completed at Delaware MRI on 02/26/2020, remaining treatment at Pain Management & MRI, imaging tests completed at Temple Health on 06/07/2020, EMG completed at Advantage Medical and Rehabilitation on 12/01/2020, and orthopedic consultation with Frederick Lieberman, MD on 02/25/2021. No physician notes were included from Temple Health on 06/07/2020 which would allow a physician to better determine possible relation of imaging to the motor vehicle accident, therefore, it is highly recommended those records be obtained prior to a peer review. It is also recommended records related to the claimant's prior work injury and osteoarthritis be obtained prior to a review to evaluate the status of these prior injuries/conditions. In conclusion, there are several areas of concerned recognized within the documentation provided for the claimant which include the following:

- Differing accounts of accident
- Different reports of symptoms

- No airbags in vehicle he was driving
- History of diabetes, arthritis, chronic back pain, chronic Paresthesia down right arm, pre-existing pain related to sciatica
- Many complaints noted by claimant as pre-existing and worsened since accident
- Reported some neck and back pain normal
- Medication for pain control prior to MVA
- Degenerative findings noted on imaging tests at Einstein Healthcare Network and Temple Health
- Reported increased anxiety and trouble swallowing at Einstein Healthcare Network
- Einstein Healthcare Network-MD noted home health nursing/PT, outpatient PT if dizziness continued, not included on discharge instruction, no record of home health in records received
- Claimant was instructed to follow up with his PCP within 7 days on discharge instructions, no records of this included in the records received but reported to Pain Management & MRI he'd seen his PCP at Delaware Valley Community Health
- Pain Management & MRI-reported prior arthritis, cervical and lumbar disc disorder, treated by physical therapy, and multiple cervical and lumbar injections with no relief
- Claimant was seen in the ER in early January 2020 where an ultrasound was performed for neck issues which appear to be unrelated to the claim
- Possible new trauma 06/07/2020, imaging done at Temple Health with indication of trauma, no physician notes included
- Frederick S Lieberman, MD, PC, prior neck and low back work related injury treated by Andrea Brown with 1 cervical and 2 lumbar injections, no relief
- Claimant reported to Advantage Medical and Rehabilitation he had not worked since 2018 due to osteoarthritis in his neck and low back, reported to Dr. Lieberman, MD was off work due to on the job injury
- Examination findings at Temple Health do not include any cervical or musculoskeletal abnormalities
- 1 month gap in treatment at Pain Management & MRI between 18th visit on 04/22/2020 and 19th visit on 05/27/2020-possibly for COVID infection noted in records, unexplained 5 ½ month gap in treatment at between 26th visit on 09/01/2020 and 27th visit on 02/26/2021
- 02/25/2021 difficulty with interpreter translating symptoms

Missing records:

- Traffic Report (12/12/2019)
- EMS (12/12/2019)
- Advantage Medical and Rehabilitation (12/01/2020)
- Temple Health (06/07/2020-physician notes)
- Delaware Valley Community Health (post DOI, specific dates unknown)

Missing bills:

- Einstein Healthcare Network (12/12/2019, 12/13/2019)
- Temple Health (04/28/2020-06/07/2020)
- Delaware Valley Community Health (post DOI, specific dates unknown)

If the missing records listed become available, a re-review of the claim can be completed to further assist in the determination of this claim. Any final determination should be evaluated by an independent consultant appropriate for the specialties included in the above.

We appreciate the opportunity to assist you with this case. Please do not hesitate to contact ExamWorks if you have any further questions.


Prepared by RN Consultant, ExamWorks Review Services



Review Services

1160 Industrial Street
Redding, California  96002
Toll-free: 1-800-250-8991

## BILL REVIEW SUMMARY REPORT

Claimant's Name:  Jose Castillo

Claim Number:  ASI-0001765

Date of Injury: 12/12/2019

| No. | Provider's Name | Charges | UCR Reductions | Allowance | Allowance Based on RN Review | |
|---|---|---|---|---|---|---|
| 1 | Pain Management & MRI | $ 5,519.00 | $ 127.67 | $ 5,391.33 | $ 3,481.57 | * |
| 2 | Delaware Pain Management | $ 3,600.00 | $ - | $ 3,600.00 | $ - | ** |
| 3 | Frederick S Lieberman MD | $ 400.00 | $ - | $ 400.00 | $ - | ** |
| | Grand Total | $ 9,519.00 | $ 127.67 | $ 9,391.33 | $ 3,481.57 | |

Allowance Based on RN Review:   $3,481.57

*No recommendation has been made by the RN Review Consultant for a portion of the charges for this provider. Please refer to the EOR.

**No recommendation has been made by the RN Review Consultant for this provider. Allowance is based on UCR only.



**Review Services**

| | | | |
|---|---|---|---|
| **Provider:** | 20-2955699 | **EWID:** | 869580 |
| | PAIN MANAGEMENT & MRI | **Claim #:** | ASI-0001765 |
| | 1726 S BROAD STREET | **Claimant:** | JOSE CASTILLO |
| | PHILADELPHIA, PA  19145 | **DOI:** | 12/12/2019 |
| | | **Client:** | 18606 |
| | | | AMERICAN SENTINEL INSURANCE COMPANY |
| | | | 2222 W. PINNACLE PEAK ROAD STE. 240 |
| | | | PHOENIX AZ 85027 |
| **Payee:** | 20-2955699 | | |
| | PAIN MANAGEMENT & MRI | | |
| | 1726 S BROAD STREET | | |
| | PHILADELPHIA, PA  19145 | | |

| Date | Description | Mod | Qty | Billed | Reduction | Allowed | Accum | RC | IC |
|---|---|---|---|---|---|---|---|---|---|
| 12/26/2019 | 99204  OFFICE/OUTPATIENT VISIT NEW | 25 | 1 | 210.00 | 0.00 | 210.00 | 210.00 | | |
| 12/26/2019 | A9273  HOT/COLD BOTLE/CAP/COL/WRAP | | 1 | 65.00 | 48.71 | 16.29 | 226.29 | 40 | |
| 12/26/2019 | BIOFREEZE/SUBZERO | | 1 | 30.00 | 29.56 | 0.44 | 226.73 | 98 | |
| 12/26/2019 | 97035  ULTRASOUND THERAPY | | 1 | 28.00 | 0.00 | 28.00 | 254.73 | | |
| 12/26/2019 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 292.73 | | |
| 12/26/2019 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.71 | 42.29 | 335.02 | 40 | |
| 12/26/2019 | 97110  THERAPEUTIC EXERCISES | | 1 | 44.00 | 0.00 | 44.00 | 379.02 | | |
| 12/30/2019 | 98941  CHIROPRACT MANJ 3-4 REGIONS | | 1 | 68.00 | 2.45 | 65.55 | 444.57 | 40 | |
| 12/30/2019 | 97035  ULTRASOUND THERAPY | | 1 | 28.00 | 0.00 | 28.00 | 472.57 | | |
| 12/30/2019 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 510.57 | | |
| 12/30/2019 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.71 | 42.29 | 552.86 | 40 | |
| 12/30/2019 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 46.00 | 0.00 | 46.00 | 598.86 | | |
| 12/30/2019 | 97110  THERAPEUTIC EXERCISES | | 1 | 44.00 | 0.00 | 44.00 | 642.86 | | |
| 01/02/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 55.00 | 0.00 | 55.00 | 697.86 | | |
| 01/02/2020 | 97035  ULTRASOUND THERAPY | | 1 | 28.00 | 0.00 | 28.00 | 725.86 | | |
| 01/02/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 768.64 | 40 | |
| 01/02/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 46.00 | 0.00 | 46.00 | 814.64 | | |
| 01/06/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 55.00 | 0.00 | 55.00 | 869.64 | | |
| 01/06/2020 | 97035  ULTRASOUND THERAPY | | 1 | 28.00 | 0.00 | 28.00 | 897.64 | | |
| 01/06/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 940.42 | 40 | |
| 01/08/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 55.00 | 0.00 | 55.00 | 995.42 | | |
| 01/08/2020 | 97035  ULTRASOUND THERAPY | | 1 | 28.00 | 0.00 | 28.00 | 1,023.42 | | |
| 01/08/2020 | 97110  THERAPEUTIC EXERCISES | | 2 | 88.00 | 0.00 | 88.00 | 1,111.42 | | |
| 02/03/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 1,168.42 | | |
| 02/03/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 1,197.42 | | |
| 02/03/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 1,240.20 | 40 | |
| 02/03/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 49.00 | 0.00 | 49.00 | 1,289.20 | | |
| 02/03/2020 | 97110  THERAPEUTIC EXERCISES | | 1 | 46.00 | 0.00 | 46.00 | 1,335.20 | | |
| 02/06/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 1,392.20 | | |
| 02/06/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 1,421.20 | | |
| 02/06/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 1,459.20 | | |
| 02/06/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 1,501.98 | 40 | |
| 02/10/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 1,558.98 | | |

| Date | Description | Mod | Qty | Billed | Reduction | Allowed | Accum | RC | IC |
|------|-------------|-----|-----|--------|-----------|---------|-------|----|----|
| 02/10/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 1,587.98 | | |
| 02/10/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 1,630.76 | 40 | |
| 02/10/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 49.00 | 0.00 | 49.00 | 1,679.76 | | |
| 02/13/2020 | 99213  OFFICE/OUTPATIENT VISIT EST | 25 | 1 | 90.00 | 0.00 | 90.00 | 1,769.76 | | |
| 02/13/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 1,798.76 | | |
| 02/13/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 1,836.76 | | |
| 02/13/2020 | 97110  THERAPEUTIC EXERCISES | | 2 | 92.00 | 0.00 | 92.00 | 1,928.76 | | |
| 02/17/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 1,985.76 | | |
| 02/17/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 2,014.76 | | |
| 02/17/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 2,052.76 | | |
| 02/17/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 2,095.54 | 40 | |
| 02/17/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 49.00 | 0.00 | 49.00 | 2,144.54 | | |
| 02/17/2020 | 97110  THERAPEUTIC EXERCISES | | 1 | 46.00 | 0.00 | 46.00 | 2,190.54 | | |
| 02/24/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 2,247.54 | | |
| 02/24/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 2,276.54 | | |
| 02/24/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 2,314.54 | | |
| 02/24/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 2,357.32 | 40 | |
| 02/27/2020 | 98941  CHIROPRACT MANJ 3-4 REGIONS | | 1 | 73.00 | 7.65 | 65.35 | 2,422.67 | 40 | |
| 02/27/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 2,451.67 | | |
| 02/27/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 2,489.67 | | |
| 02/27/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 2,532.45 | 40 | |
| 02/27/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 49.00 | 0.00 | 49.00 | 2,581.45 | | |
| 03/02/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 2,638.45 | | |
| 03/02/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 2,667.45 | | |
| 03/02/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 2,705.45 | | |
| 03/02/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 2,748.23 | 40 | |
| 03/02/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 49.00 | 0.00 | 49.00 | 2,797.23 | | |
| 03/05/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 2,854.23 | | |
| 03/05/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 2,883.23 | | |
| 03/05/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 2,921.23 | | |
| 03/10/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 2,978.23 | | |
| 03/10/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 3,007.23 | | |
| 03/10/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 3,045.23 | | |
| 03/10/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 3,088.01 | 40 | |
| 03/13/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 3,145.01 | | |
| 03/13/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 3,174.01 | | |
| 03/13/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 3,212.01 | | |
| 03/13/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 3,254.79 | 40 | |
| 03/18/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 3,311.79 | | |
| 03/18/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 3,340.79 | | |
| 03/18/2020 | G0283  ELEC STIM OTHER THAN WOUND | | 1 | 38.00 | 0.00 | 38.00 | 3,378.79 | | |
| 03/18/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.22 | 42.78 | 3,421.57 | 40 | |
| 04/22/2020 | 99212  OFFICE/OUTPATIENT VISIT EST | 95 | 1 | 60.00 | 0.00 | 60.00 | 3,481.57 | | |
| 05/27/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 3,538.57 | | RN4 |
| 05/27/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 3,567.57 | | RN4 |
| 05/27/2020 | 97014  ELECTRIC STIMULATION THERAPY | | 1 | 38.00 | 0.00 | 38.00 | 3,605.57 | | RN4 |
| 06/03/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 3,662.57 | | RN4 |
| 06/03/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 3,691.57 | | RN4 |
| 06/03/2020 | 97014  ELECTRIC STIMULATION THERAPY | | 1 | 38.00 | 0.00 | 38.00 | 3,729.57 | | RN4 |
| 06/03/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 49.00 | 0.00 | 49.00 | 3,778.57 | | RN4 |
| 06/12/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 3,835.57 | | RN4 |
| 06/12/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 3,864.57 | | RN4 |
| 06/12/2020 | 97014  ELECTRIC STIMULATION THERAPY | | 1 | 38.00 | 0.00 | 38.00 | 3,902.57 | | RN4 |
| 06/24/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 3,959.57 | | RN4 |
| 06/24/2020 | 97035  ULTRASOUND THERAPY | | 1 | 29.00 | 0.00 | 29.00 | 3,988.57 | | RN4 |
| 06/24/2020 | 97014  ELECTRIC STIMULATION THERAPY | | 1 | 38.00 | 0.00 | 38.00 | 4,026.57 | | RN4 |
| 07/06/2020 | 98941  CHIROPRACT MANJ 3-4 REGIONS | | 1 | 73.00 | 8.91 | 64.09 | 4,090.66 | 40 | RN4 |
| 08/14/2020 | 99213  OFFICE/OUTPATIENT VISIT EST | 25 | 1 | 90.00 | 0.00 | 90.00 | 4,180.66 | | RN4 |
| 08/20/2020 | 98941  CHIROPRACT MANJ 3-4 REGIONS | | 1 | 73.00 | 8.91 | 64.09 | 4,244.75 | 40 | RN4 |
| 08/20/2020 | 97014  ELECTRIC STIMULATION THERAPY | | 1 | 38.00 | 0.00 | 38.00 | 4,282.75 | | RN4 |
| 08/20/2020 | 97012  MECHANICAL TRACTION THERAPY | | 1 | 43.00 | 0.41 | 42.59 | 4,325.34 | 40 | RN4 |
| 08/20/2020 | S8948  LOW-LEVEL LASER TRMT 15 MIN | | 1 | 49.00 | 0.00 | 49.00 | 4,374.34 | | RN4 |
| 09/01/2020 | 98940  CHIROPRACT MANJ 1-2 REGIONS | | 1 | 57.00 | 0.00 | 57.00 | 4,431.34 | | RN4 |
| 02/26/2021 | 99213  OFFICE/OUTPATIENT VISIT EST | 25 | 1 | 90.00 | 0.00 | 90.00 | 4,521.34 | | RN4 |
| 02/26/2021 | 97014  ELECTRIC STIMULATION THERAPY | | 1 | 38.00 | 0.00 | 38.00 | 4,559.34 | | RN4 |

| Date | Description | Mod | Qty | Billed | Reduction | Allowed | Accum | RC | IC |
|------|-------------|-----|-----|--------|-----------|---------|-------|----|----|
| 02/26/2021 | 97110 THERAPEUTIC EXERCISES | | 2 | 92.00 | 0.00 | 92.00 | 4,651.34 | | RN4 |
| 03/05/2021 | 98941 CHIROPRACT MANJ 3-4 REGIONS | | 1 | 73.00 | 8.91 | 64.09 | 4,715.43 | 40 | RN4 |
| 03/05/2021 | 97014 ELECTRIC STIMULATION THERAPY | | 1 | 38.00 | 0.00 | 38.00 | 4,753.43 | | RN4 |
| 03/05/2021 | 97110 THERAPEUTIC EXERCISES | | 2 | 92.00 | 0.00 | 92.00 | 4,845.43 | | RN4 |
| 03/19/2021 | 98940 CHIROPRACT MANJ 1-2 REGIONS | | 1 | 60.00 | 2.70 | 57.30 | 4,902.73 | 40 | RN4 |
| 03/19/2021 | 97014 ELECTRIC STIMULATION THERAPY | | 1 | 39.00 | 0.00 | 39.00 | 4,941.73 | | RN4 |
| 04/02/2021 | 98940 CHIROPRACT MANJ 1-2 REGIONS | | 1 | 60.00 | 2.70 | 57.30 | 4,999.03 | 40 | RN4 |
| 04/02/2021 | 97014 ELECTRIC STIMULATION THERAPY | | 1 | 39.00 | 0.00 | 39.00 | 5,038.03 | | RN4 |
| 04/02/2021 | S8948 LOW-LEVEL LASER TRMT 15 MIN | | 1 | 50.00 | 0.00 | 50.00 | 5,088.03 | | RN4 |
| 04/12/2021 | 98940 CHIROPRACT MANJ 1-2 REGIONS | | 1 | 60.00 | 2.70 | 57.30 | 5,145.33 | 40 | RN4 |
| 04/12/2021 | 97014 ELECTRIC STIMULATION THERAPY | | 1 | 39.00 | 0.00 | 39.00 | 5,184.33 | | RN4 |
| 04/12/2021 | 97110 THERAPEUTIC EXERCISES | | 1 | 47.00 | 0.00 | 47.00 | 5,231.33 | | RN4 |
| 04/29/2021 | 99214 OFFICE/OUTPATIENT VISIT EST | | 1 | 160.00 | 0.00 | 160.00 | 5,391.33 | | RN4 |
| | **Totals:** | | | **$5,519.00** | **$127.67** | **$5,391.33** | **$5,391.33** | | |

## EXPLANATION OF REDUCTIONS

| Reason Code | Description | Reduction | % of Billed Charges |
|-------------|-------------|-----------|---------------------|
| 40 | The charge for the service exceeds an amount that would appear reasonable when compared to the charges of other providers in the same geographic area. | 98.11 | 1.78 % |
| 98 | The charge for the drug or supply exceeds an amount that would appear reasonable. | 29.56 | 0.54 % |
| | TOTAL | $127.67 | 2.31 % |

| Informational Code | Description | Reduction | % of Billed Charges |
|--------------------|-------------|-----------|---------------------|
| RN4 | The nurse auditor was unable to make a determination based on the documents provided. | 1,945.00 | 35.24 % |
| | TOTAL | 1,945.00 | 35.24 % |

## COMMENTS

This review is intended for negotiation purposes only.

The provider billed using an unlisted procedure or supply code. Per the description provided on the bill, we have applied an appropriate CPT and/or supply code. Adjustments to these charges are made based on the description and appropriate code.

**You may direct inquiries regarding this review to:**          **For inquiries regarding payment or status of payment, please contact the client indicated on Page 1.**

ExamWorks Review Services
PO Box 492710
Redding, CA 96049
530.221.4759
FAX: 530.224.3390



Review Services

| | |
|---|---|
| **Provider:** | |
| | DELAWARE PAIN MANAGEMENT |
| | DELAWARE MRI |
| | 206 N UNION STREET |
| | WILMINGTON, DE  19805 |

| | |
|---|---|
| **EWID:** | 869606 |
| **Claim #:** | ASI-0001765 |
| **Claimant:** | JOSE CASTILLO |
| **DOI:** | 12/12/2019 |
| **Client:** | 18606 |
| | AMERICAN SENTINEL INSURANCE COMPANY |
| | 2222 W. PINNACLE PEAK ROAD STE. 240 |
| | PHOENIX AZ 85027 |

| | |
|---|---|
| **Payee:** | |
| | DELAWARE PAIN MANAGEMENT |
| | 206 208 N UNION STREET |
| | WILMINGTON, DE  19805 |

| Date | Description | Mod | Qty | Billed | Reduction | Allowed | Accum | RC | IC |
|---|---|---|---|---|---|---|---|---|---|
| 02/26/2020 | 72141  MRI NECK SPINE W/O DYE | | 1 | 1,800.00 | 0.00 | 1,800.00 | 1,800.00 | | RN4 |
| 02/26/2020 | 72148  MRI LUMBAR SPINE W/O DYE | | 1 | 1,800.00 | 0.00 | 1,800.00 | 3,600.00 | | RN4 |
| | **Totals:** | | | **$3,600.00** | **$0.00** | **$3,600.00** | **$3,600.00** | | |

### EXPLANATION OF REDUCTIONS

| Informational Code | Description | Reduction | % of Billed Charges |
|---|---|---|---|
| RN4 | The nurse auditor was unable to make a determination based on the documents provided. | 3,600.00 | 100.00 % |
| | TOTAL | 3,600.00 | 100.00 % |

**COMMENTS**

This review is intended for negotiation purposes only.

**You may direct inquiries regarding this review to:**

    ExamWorks Review Services
    PO Box 492710
    Redding, CA 96049
    530.221.4759
    FAX: 530.224.3390

**For inquiries regarding payment or status of payment, please contact the client indicated on Page 1.**


Review Services

| | | | | |
|---|---|---|---|---|
| **Provider:** | 23-2184276 | **EWID:** | 869612 | |
| | FREDERICK S LIEBERMAN MD | **Claim #:** | ASI-0001765 | |
| | 4979 OLD STREET ROAD | **Claimant:** | JOSE CASTILLO | |
| | TREVOSE, PA  19053 | **DOI:** | 12/12/2019 | |
| | | **Client:** | 18606 | |
| | | | AMERICAN SENTINEL INSURANCE COMPANY | |
| | | | 2222 W. PINNACLE PEAK ROAD STE. 240 | |
| | | | PHOENIX AZ 85027 | |
| **Payee:** | 23-2184276 | | | |
| | FREDERICK S LIEBERMAN MD | | | |
| | 4979 OLD STREET ROAD | | | |
| | TREVOSE, PA  19053 | | | |

| Date | Description | Mod | Qty | Billed | Reduction | Allowed | Accum | RC | IC |
|---|---|---|---|---|---|---|---|---|---|
| 02/25/2021 | 99205 OFFICE/OUTPATIENT VISIT NEW | | 1 | 400.00 | 0.00 | 400.00 | 400.00 | | RN4 |
| | **Totals:** | | | **$400.00** | **$0.00** | **$400.00** | **$400.00** | | |

**EXPLANATION OF REDUCTIONS**

| Informational Code | Description | Reduction | % of Billed Charges |
|---|---|---|---|
| RN4 | The nurse auditor was unable to make a determination based on the documents provided. | 400.00 | 100.00 % |
| | TOTAL | 400.00 | 100.00 % |

EWID 869612                     Claim ASI-0001765 / Claimant: JOSE CASTILLO / DOI: 12/12/2019                     Page 2 of 2

**COMMENTS**

This review is intended for negotiation purposes only.

**You may direct inquiries regarding this review to:**          **For inquiries regarding payment or status of payment, please contact the client indicated on Page 1.**

ExamWorks Review Services
PO Box 492710
Redding, CA 96049
530.221.4759
FAX: 530.224.3390



2019

December

Jose Castillo

1 of 2

DOL

2020

Albert Einstein Medical Ctr
Pain Management          $5519
Fredrick Lieberman MD (ortho)
O Delaware Pain Mgt (MRIs)    $3600

Missing  ✗ Temple University Hosp 4/28/20 to 5/6/20
Bills &
Records  ✗ Advantage Medical Rehab  12/1/20

2082

# 2021 Calendar

## January

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## February

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 |   |   |   |   |   |   |

## March

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

## April

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

## May

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

## June

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

## July

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## August

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

## September

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

## October

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## November

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

## December

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 |   |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |











1700 Market St., Suite 3150
Philadelphia, PA 19103
+ 1 215 567 7600  Main
+ 1 215 525 4453  Fax

Email: april@hilljustice
Fax: 267-535-2766

Monday, April 12, 2021

Sent via email; cgalaz@americansentinelins.com

RE:          Insured:              **Bocar Diallo and Diallo, LLC**
             Claimant:             **Jose Castillo**
             Policy/Claim #:       **FCT000905-02/ ASI-0001765**
             Date of Accident:     **December 12, 2019**

Dear Claims Adjuster:

Please be advised that our office represents Jose Castillo, with regard to personal injuries sustained in an automobile accident that occurred on December 12, 2019, due to the negligence of your insured.

Please confirm that your company is the correct insurance carrier and that this is the correct policy number. Also, please advise our office as to whether a claim has been reported, if so please provide us with the claim number and adjuster assigned to this claim.

Please forward all correspondences to the address listed above.

If you have any questions, address all concerns to my attention.

Thank you for your anticipated cooperation.

Respectfully,

April Sanders
Paralegal to Minos H. Galanos, Esquire

215-567-7600 Ext.

 **Parker & Associates, L.L.C.**

## CLAIM REPORTING PROCEDURES

### Client Code - 1523

Parker & Associates, L.L.C. provides four ways for you to submit new loss reports:

1. **Telephone**   (469) 532-0205

2. **Fax**   (214) 631-3700

3. **Email**   claims@parkerclaims.com  (Subject line: "American Sentinel/FC-AWIS")

4. **Website**   www.parkerclaims.com  (Click on the link for "Submit a New Claim")


**Important!**

To expedite the handling of your claim, please include the following with each new loss reported via fax, email, or website:

- Client Code:   **1523 – American Sentinel FC-AWIS Trucking**
- Policy Number:   **FCT000905-02**
- ACORD Loss Notice
- Retail Agency Contact:  Royalty Insurance Services, Inc. | (818) 989-0206
  Oganes Sepuhyan | oganes@royaltyfinancial.com


**\*\*\* PLEASE PLACE A COPY OF THIS DOCUMENT IN EACH SCHEDULED POWER UNIT \*\*\***

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

**Named Insured:** Diallo LLC

## COMMERCIAL PACKAGE POLICY
### SUMMARY PAGE

| Policy Number | FCT000905-02 | Policy Period: | **From** 01/05/2019 **To** 01/05/2020 |
|---|---|---|---|
| | | | 12:01 AM Standard Time at Named Insured's Address |

**Transaction:**    Renewal

| Named Insured and Address | Agent |
|---|---|
| Diallo LLC | First Capital - AWIS, LLC |
| 11216 Thienes Ave | 3333 Camino Del Rio South, Suite 340 |
| S El Monte, CA 91733 | San Diego, CA 92108 |
| Telephone: (213) 401-5931 | Telephone: (866) 840-5329 |

| Business Description: Commercial Motor Carrier | Type of Business: Commercial | Audit Period: N/A |
|---|---|---|

In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PART DESCRIPTION | PREMIUM |
|---|---|
| Motor Carrier | $8,964 |
| General Liability | N/A |
| Motor Truck Cargo Legal Liability | N/A |

| | | |
|---|---|---|
| **POLICY PREMIUM** | $ | 8,964 |
| **DEPOSIT PREMIUM** | $ | 8,964 |
| **POLICY FEE** | | 200 |
| **TAXES AND SURCHARGES** | | N/A |
| **TOTAL DEPOSIT PREMIUM** | $ | 9,164 |
| **(Includes taxes, surcharges and fees)** | | |

**Forms applicable to all Coverage Parts:**        See Forms and Endorsements schedule

These Declarations together with the common policy conditions, coverage delcarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

*W. J. Wollyung III*

Countersigned this  24th day of December, 2018
            at San Diego, CA

By _____
                    Authorized Representative

Issued Date:
CPPDEC 1016

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

**Policy Number:** PCT060905-02

**Named Insured:** Diallo LLC

# COMMERCIAL PACKAGE POLICY LOCATION SUMMARY

| Location # | Location Address | City | State | Zip Code |
|---|---|---|---|---|
| 1 | 11216 Thienes Ave | S El Monte | CA | 91733 |

Issued Date:
CPPSCHED 1016

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

**Policy Number:** PCT060905-02

**Named Insured:** Diallo LLC

# FORMS AND ENDORSEMENTS SCHEDULE

| Coverage Line | Form Nbr. | Ed. Date | Description |
|---|---|---|---|
| Commercial Package | CPPDEC | 10 / 16 | Commercial Package Policy Summary Page |
| Commercial Package | CPPSCHED | 10 / 16 | Commercial Package Policy Location Summary |
| Commercial Package | CPPSCHEDFORM | 10 / 16 | Forms and Endorsements Schedule |
| Motor Carrier | MCDEC-SFP | 01 / 18 | Motor Carrier Coverage Part |
| Motor Carrier | BADEC | 10 / 16 | Signature Page |
| Motor Carrier | MCS 90 | 04 / 00 | MCS-90 Filing |
| Motor Carrier | DMV 67 MCP | 08 / 07 | Insurance Policy Endorsement |
| Motor Carrier | CA 00 20 | 10 / 13 | Motor Carrier Coverage Form |
| Motor Carrier | IL 00 17 | 11 / 98 | Common Policy Conditions |
| Motor Carrier | IL 00 03 | 09 / 08 | Calculation of Premium |
| Motor Carrier | STP 0010 | 10 / 16 | Knowledge of Occurrence |
| Motor Carrier | IL 00 21 | 09 / 08 | Nuclear Energy Liability Exclusion Endorsement |
| Motor Carrier | CA 01 43 | 05 / 17 | California Changes |
| Motor Carrier | IL 02 70 | 09 / 12 | California Changes - Cancellation and Nonrenewal |
| Motor Carrier | CA 23 84 | 10 / 13 | Exclusion of Terrorism |
| Motor Carrier | CA 23 85 | 10 / 13 | Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism |
| Motor Carrier | STP 0013 | 10 / 16 | Exclusion - Abuse or Molestation |
| Motor Carrier | STP 0014 | 10 / 16 | Punitive Damage Exclusion |
| Motor Carrier | STP 0016 | 10 / 16 | Occupant Hazard Exclusion |
| Motor Carrier | CA 21 54 | 10 / 13 | California Uninsured Motorist Coverage - BI |
| Motor Carrier | CA 01 21 | 10 / 13 | Limited Mexico Coverage |

Issued Date:
CPPSCHEDFORM 1016

American Sentinel Insurance Company
P.O Box 3153
Harrisburg, PA 17105

Policy Number: FCT000905-02
Named Insured: Diallo LLC

## COMMERCIAL PACKAGE POLICY MOTOR CARRIER COVERAGE PART

**ITEM ONE:**

| Policy Number | FCT000905-02 | | Policy Period: | **From** 01/05/2019 **To** 01/05/2020 |
|---|---|---|---|---|
| | | | | 12:01 AM Standard Time at Named Insured's Address |
| Transaction: | Renewal | | | |

| Named Insured and Address | Agent |
|---|---|
| Diallo LLC<br>11216 Thienes Ave<br>S El Monte, CA 91733<br>MC#: 066769 | First Capital - AWIS, LLC<br>3333 Camino Del Rio South, Suite 340<br>San Diego, CA 92108 |
| | Telephone: (866) 840-5329 |

| Business Description: Commercial Motor Carrier | Type of Business: Commercial | Audit Period: N/A |
|---|---|---|

## ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each coverage will apply only to those "autos" shown as covered "autos", indicated by the entry of one or more symbols from the COVERED AUTO Section of the Motor Carrier Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT<br>The Most We Will Pay For Any One Accident Or Loss | PREMIUM |
|---|---|---|---|
| LIABILITY | 67 | $        1,000,000        per accident | $8,901 |
| PERSONAL INJURY PROTECTION<br>(or equivalent No-fault coverage) | | Separately stated in each PIP endorsement minus<br>$                    Deductible | |
| ADDED PERSONAL INJURY PROT.<br>(or equivalent No-fault coverage) | | Separately stated in each Added PIP endorsement | |
| PROPERTY PROTECTION INS.<br>(Michigan only) | | Separately stated in each P.P.I. endorsement minus<br>$                    Deductible | |
| AUTO MEDICAL PAYMENTS | | | |
| UNINSURED MOTORISTS | 67 | $60,000 | $63 |
| UNDERINSURED MOTORISTS<br>(When not included in Uninsured Motorists Coverage) | | | |
| TRAILER INTERCHANGE<br>COMPREHENSIVE COVERAGE | | Actual Cash Value, Cost of Repair, or whichever is less, minus Deductible<br>for each Covered Auto. | |
| TRAILER INTERCHANGE SPECIFIED<br>CAUSES OF LOSS COVERAGE | | Actual Cash Value, Cost of Repair, or whichever is less, minus Deductible<br>for each Covered Auto for Loss caused by Mischief or Vandalism | |
| TRAILER INTERCHANGE COLLISION<br>COVERAGE | | Actual Cash Value, Cost of Repair, or whichever is less, minus Deductible<br>for each Covered Auto | |
| PHYSICAL DAMAGE<br>COMPREHENSIVE | | Actual Cash Value or Cost of Repair, whichever is less, minus the Deductible<br>stated in the Schedule of Covered Autos for each Covered Auto.<br>See ITEM FOUR for hired or borrowed "autos". | |
| PHYSICAL DAMAGE<br>SPECIFIED CAUSES OF LOSS | | Actual Cash Value or Cost of Repair, whichever is less, minus $<br>Deductible for each covered auto. See ITEM FOUR for hired or borrowed<br>"auto". | |
| PHYSICAL DAMAGE<br>COLLISION | | Actual Cash Value or Cost of Repair, whichever is less, minus the Deductible<br>stated in the Schedule of Covered Autos. See ITEM FOUR for hired or<br>borrowed "autos". | |
| PHYSICAL DAMAGE<br>TOWING AND LABOR | | $                    per accident | |
| | | Premium for Endorsements | $0 |
| | | Estimated Total Premium | $8,964 |

**Forms and Endorsements Applicable to this policy**

See CPPSCHEDFORM 1016

Issued Date:
MCDEC-SFP 0118

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

Policy Number: 1-106-1205-c

**Named Insured:** Diallo LLC

# ITEM THREE: SCHEDULE OF COVERED AUTOS YOU OWN

| | DESCRIPTION | | | | LOCATION | |
|---|---|---|---|---|---|---|
| | | | PURCHASED | | | |
| | | | Original Cost New | Stated Value | | |
| Unit # | Year, Make & Model, Serial No. or Vehicle Identification Number | | | | State | Territory |
| 1 | 2013 Peterbilt, 1XP4D49X8DD190785 | | | | CA | |
| 2 | Any Non-Owned Trailer While Attached to a Scheduled Power Unit | | | | CA | |

## CLASSIFICATION

| | | | | | Primary Rating Factor | | | |
|---|---|---|---|---|---|---|---|---|
| Unit # | Code | Radius of Operation | Business Use | Size GVW, GCW or Seating Capacity | Liability | Physical Damage | Secondary Rating Factor | Age Group |
| 1 | 50321 | Nationwide | Commercial | | | | | |
| 2 | 67321 | Nationwide | Commercial | | | | | |

## COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES

| | LIABILITY | | PERS INJURY PROT | | ADDED PIP | | PROP PROT (Mich. only) | |
|---|---|---|---|---|---|---|---|---|
| Unit # | Limit | Premium | Limit stated in each PIP Endorsement minus deductible shown below | Premium | Limit stated in each Added PIP Endorsement Premium | | Limit stated in P.P.I. Endorsement minus deductible shown below | Premium |
| 1 | $1,000,000 | $8,901 | | | | | | |
| 2 | $1,000,000 | Included | | | | | | |

## COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Cont.)

| | UNINSURED MOTORIST | | UNDERINSURED MOTORIST | | AUTO MED PAY | |
|---|---|---|---|---|---|---|
| Unit # | Limit | Premium | Limit | Premium | Limit | Premium |
| 1 | $60,000 | $63 | | | | |
| 2 | $60,000 | Included | | | | |

## COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Cont.)

| | COMPREHENSIVE | | SP. CAUSE OF LOSS | | COLLISION | | TOWING & LABOR | |
|---|---|---|---|---|---|---|---|---|
| Unit # | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit stated in ITEM TWO Premium | | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit per Disablement | Premium |
| 1 | | No Coverage | | | | No Coverage | | |
| 2 | | No Coverage | | | | No Coverage | | |

Issued Date:
MCDEC-SFP 0118

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

**Named Insured:** Diallo LLC

## ITEM FOUR:

### SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS

| LIABILITY COVERAGE - RATING BASIS, COST OF HIRE - AUTOS USED IN YOUR MOTOR CARRIER OPERATIONS | | | | |
|---|---|---|---|---|
| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (IF LIABILITY COVERAGE IS PRIMARY) | ESTIMATED PREMIUM |
|  |  |  |  |  |
|  |  |  | TOTAL PREMIUM | |

| LIABILITY COVERAGE - RATING BASIS, COST OF HIRE - AUTOS **NOT** USED IN YOUR MOTOR CARRIER OPERATIONS | | | | |
|---|---|---|---|---|
| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (IF LIABILITY COVERAGE IS PRIMARY) | ESTIMATED PREMIUM |
|  |  |  |  |  |
|  |  |  | TOTAL PREMIUM | |

| PHYSICAL DAMAGE COVERAGE - STATED VALUES OF HIRED AUTOS (Trucks, Tractors or Trailers) | | | | |
|---|---|---|---|---|
| COVERAGES | STATE | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | STATED VALUES OF HIRED AUTOS | PREMIUM |
| COMPREHENSIVE | CA | Actual Cash Value or Cost of repairs, whichever is less minus $ Deductible for each covered auto. |  |  |
| SPECIFIED CAUSES OF LOSS |  | Actual Cash Value or Cost of repairs, whichever is less minus Deductible for each covered auto. |  |  |
| COLLISION | CA | Actual Cash Value or Cost of repairs, whichever is less minus $ Deductible for each covered auto. |  |  |
|  |  |  | TOTAL PREMIUM | |

Cost of Hire means:

(a) The total dollar amount of costs you incurred for the hire of automobiles (includes trailers and semitrailers), and if not included therein,

(b) The total remunerations of all operators and drivers helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and,

(c) The total dollar amount of any other costs (i.e., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the insured, paid to the lessor or owner, or paid to others.

Issued Date:
MCDEC-SFP 0118

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

Policy Number: 01-CG-0205-0

**Named Insured:** Diallo LLC

**ITEM FIVE:**

**SCHEDULE FOR NON-OWNERSHIP LIABILITY**

| RATING BASIS | NUMBER | PREMIUM |
|---|---|---|
| Number of Employees | | |

**ITEM SIX:**

**TRAILER INTERCHANGE COVERAGE**

| Coverages | Limit of Insurance | Daily Rate | Estimated Premium |
|---|---|---|---|
| Comprehensive | Stated | $ | $ |
| Specified Causes of Loss | In | $ | $ |
| Collision | Item Two | $ | $ |
| | | Total Premium | $ |

**ITEM SEVEN:**

**SCHEDULE FOR GROSS RECEIPTS RATING BASIS - LIABILITY COVERAGE**

| Estimated Yearly Gross Receipts | RATES | | PREMIUMS | |
|---|---|---|---|---|
| | Per $100 of Gross Receipts | | | |
| | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | | | | |
| | TOTAL PREMIUMS | | | |
| | MINIMUM PREMIUMS | | | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross Receipts means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts include the total amount received from renting equipment, with or without drivers, to anyone who is not a "motor carrier" and 15% of the total amount received from renting any equipment to any "motor carrier". Gross Receipts does not include:

A. Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.
B. Advertising Revenue.
C. Taxes which you collect as a separate item and remit directly to a government al division.
D. C.O.D. collections for cost of mail or merchandise including collection fees.
E. Warehouse storage fees.

Issued Date:
MCDEC-SFP 0118

IN WITNESS WHEREOF, the company has caused t his policy to be executed and attested by its President and Secretary at Harrisburg, Pennsylvania and this policy shall not be valid unless countersigned by an authorized representative of the company.

Secretary                                        President

BADEC 1016

U.S. Department
of Transportation

Federal Motor Carrier
Safety Administration

**ENDORSEMENT FOR
MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980**

Form Approved:
OMB No.: 2126-0008

Issued to __Diallo LLC__ of __11216 Thienes Ave S El Monte, CA 91733__

Dated at __San Diego, CA__ this __24__ day of __December__ __2018__

Amending Policy No. __FCT000905-02__ Effective Date __01/05/2019__

Name of Insurance Company __American Sentinel Insurance Company__

Countersigned by _____
Authorized Company Representative

The policy to which the endorsement is attached provides primary or excess insurance, as indicated by "[X]," for the limits shown:

[ X ] This insurance is primary and the company shall not be liable for amounts in excess of __$750,000__ for each accident.

[ ] This insurance is primary and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the underlying limits of $_____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA, a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is: __(866) 840-5329__.

Cancellation of this endorsement may be effected by the company of the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice) and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty(30) days notice to the FMCSA (said 30 days notice to commence from the date the notice is received by the FMCSA at its office in Washington D.C.)

**DEFINITIONS AS USED IN THIS ENDORSEMENT**

*Accident* includes continuous or repeated exposure to conditions or which result ib odily injury, property damage, or environmental damage which the insured neither expected nor intended.

*Motor Vehicle* means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

*Bodily Injury* means injury to the body, sickness, or disease to any person, including death resulting from any of these.

*Property Damage* means damage to or loss of use of tangible property.

*Environmental Restoration* means restitution for the loss, damage, or destruction of neutral resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

*Public Liability* means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liablity insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgement recovered agains the insured for public liability resulting from negligence in the operation, maintenance or userof motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicale is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the

limits of liablity herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached small remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involvinug a breach of the terms of the policy, and for a ny payment that the company would not have been obligated to make under the provisions ofn the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liablity for the amounts perscribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident hshall not operate to reduce the liability of the company for the payment of final judgements resulting from any other accident.

THE SCHEDULE OF LIMITS ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE. The limits shown in the schedule are for information purposes only.
Form MCS-90(4/2000)

**SCHEDULE OF LIMITS -** *PUBLIC LIABLITY*

| Type of carraige | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (nonhazardous).......................................... | $  750,000 |
| (2) For-hire and Private (in interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excesxs of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials, Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403 | $ 5,000,000 |
| (3) For-hire and Private (in interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pound). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials, and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | $ 1,000,000 |
| (4) For-hire and Private (In interstate or feign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $ 5,000,000 |

Form MCS-90(4/2000)

| DATE RECEIVED BY DMV | | MOTOR CARRIER (CA) # |
|---|---|---|
| | | 521356 |

# INSURANCE POLICY ENDORSEMENT
Motor Carriers of Property
Bodily Injury Liability and Property Damage Liability

| INSURER (INSURANCE COMPANY) NAME AND ADDRESS | NAIC # | Status: |
|---|---|---|
| American Sentinel Insurance Company<br>4507 N. Front Street, Suite 200<br>Harrisburg, PA 17110 | 32107 | ☒ Licensed to write insurance in the State of California (Admitted Insurer) |
| | SURPLUS LINE BROKER # | ☐ Non-admitted Insurer subject to Section 1763 of the California Insurance Code. |
| | OTHER # | SURPLUS LINE BROKER NAME<br>☐ Charitable Risk Pool<br>☐ Risk Retention Group |

| INSURED (MOTOR CARRIER) NAME AND ADDRESS | |
|---|---|
| Diallo LLC<br>11216 Thienes Ave<br>S El Monte, CA 91733 | |

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | LIMITS | | |
|---|---|---|---|---|---|
| **PRIMARY LIABILITY**<br>☐ Coverage below statutory minimum limits.<br>☒ Coverage equal to or exceeding statutory minimum limits. | FCT000905-02 | 01/05/2019 | COMBINED SINGLE LIMIT | $ 750,000 | |
| | | | BODILY INJURY OR DEATH (ONE PERSON) | $ | |
| | | | BODILY INJURY OR DEATH (MORE THAN ONE PERSON) | $ | |
| | | | PROPERTY DAMAGE | $ | |
| **EXCESS LIABILITY**<br>☐ Coverage between primary coverage and statutory minimum limits.<br>☐ Coverage provided at or above statutory minimum limits. | | | COMBINED SINGLE LIMIT | $ _____ in excess of $ _____ | |
| | | | BODILY INJURY OR DEATH (ONE PERSON) | $ _____ in excess of $ _____ | |
| | | | BODILY INJURY OR DEATH (MORE THAN ONE PERSON) | $ _____ in excess of $ _____ | |
| | | | PROPERTY DAMAGE | $ _____ in excess of $ _____ | |
| **WORKERS' COMPENSATION** | | | ☐ WC Statutory Limits | | |

***This Endorsement shall be attached to and made part of all policies insuring motor carriers of property required to obtain a permit pursuant to the Motor Carriers of Property Permit Act, commencing with California Vehicle Code section 34600. The purpose of this Endorsement is to assure compliance with the Act and related rules and regulations.***

*Insurer agrees to each of the following:*
- The coverage provided by the endorsement excludes any costs of defense or other expense that the policy provides.
- To pay, consistent with the minimum insurance coverage required by California Vehicle Code Section 34631.5, and consistent with the limits it provides herein, any legal liability of insured for bodily injury, death, or property damage arising out of the operation, maintenance, or use of any vehicle(s) for which a motor carrier permit is required, whether or not such vehicle(s) is described in the attached policy.
- The Certificate of Insurance shall not be canceled on less than thirty (30) days notice from the Insurer to the DMV, written on an authorized Notice of Cancellation form and that the thirty (30) day/period commences to run from the date the Notice of Cancellation was actually received at the office of the California Department of Motor Vehicles, Motor Carrier Services Branch, in Sacramento, California.
- To furnish DMV with a duplicate original of the referenced policy, DMV authorized endorsement, and all other related endorsements and documentation upon request.
- Except as specified in this endorsement, the terms, conditions, and limitations of this policy remain in full force and effect. This endorsement shall not prevent insurer from seeking reimbursement from insured for any payment made by insurer solely on account of the provisions herein.

*Insurer certifies to each of the following:*
- This insurance policy covers all vehicles used in conducting the service performed by the insured for which a motor carrier permit is required whether or not said vehicle(s) is listed in the insurance policy.
- A duplicate original of the referenced policy, a DMV authorized endorsement, and all other related endorsements and documentation, shall be furnished to DMV upon request.

***I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

| PRINTED NAME OF INSURER'S AUTHORIZED REPRESENTATIVE<br>Nick Keticos | TELEPHONE NUMBER<br>(866) 840-5329 | EMAIL ADDRESS<br>trucking@fcawis.com |
|---|---|---|
| SIGNATURE OF INSURER'S AUTHORIZED REPRESENTATIVE<br>X | EXECUTED AT (CITY AND STATE)<br>San Diego, CA | DATE<br>12/24/2018 |

DMV 67 MCP (REV. 8/2007) **UH REGS**

COMMERCIAL AUTO
CA 00 20 10 13

# MOTOR CARRIER COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **VI** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 61 | Any "Auto" | |
| 62 | Owned "Autos" Only | Only the "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 63 | Owned Private Passenger Type "Autos" Only | Only the "private passenger type" "autos" you own. This includes those "private passenger type" "autos" that you acquire ownership of after the policy begins. |
| 64 | Owned Commercial "Autos" Only | Only those trucks, tractors and "trailers" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those trucks, tractors and "trailers" you acquire ownership of after the policy begins. |
| 65 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the no-fault law in the state where they are licensed or principally garaged. |
| 66 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that, because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 67 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 68 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "private passenger type" "auto" you lease, hire, rent or borrow from any member of your household, any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or agents or members of their households. |
| 69 | "Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement | Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailers" while in your possession. |

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 70 | Your "Trailers" In The Possession Of Anyone Else Under A Written Trailer Interchange Agreement | Only those "trailers" you own or hire while in the possession of anyone else under a written "trailer" interchange agreement. When Symbol 70 is entered next to a Physical Damage Coverage in Item Two of the Declarations, the Physical Damage Coverage exclusion relating to "loss" to a "trailer" in the possession of anyone else does not apply to that coverage. |
| 71 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "private passenger type" "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| 79 | "Mobile Equipment" Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **61, 62, 63, 64, 65, 66** or **79** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **67** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

© Insurance Services Office, Inc., 2011

We will have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or any "employee", agent or driver of the owner, or anyone else from whom you hire or borrow a covered "auto".

**(2)** Your "employee" or agent if the covered "auto" is owned by that "employee" or agent or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), a lessee or borrower of a covered "auto" or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership), or member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

**c.** The owner or anyone else from whom you hire or borrow a covered "auto" that is a "trailer" while the "trailer" is connected to another covered "auto" that is a power unit, or, if not connected, is being used exclusively in your business.

**d.** The lessor of a covered "auto" that is not a "trailer" or any "employee", agent or driver of the lessor while the "auto" is leased to you under a written agreement if the written agreement between the lessor and you does not require the lessor to hold you harmless and then only when the leased "auto" is used in your business as a "motor carrier" for hire.

**e.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

However, none of the following is an "insured":

**(1)** Any "motor carrier" for hire or his or her agents or "employees", other than you and your "employees":

**(a)** If the "motor carrier" is subject to motor carrier insurance requirements and meets them by a means other than "auto" liability insurance.

**(b)** If the "motor carrier" is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are leased to that "motor carrier" and used in his or her business.

However, Paragraph **(1)** above does not apply if you have leased an "auto" to the for-hire "motor carrier" under a written lease agreement in which you have held that "motor carrier" harmless.

**(2)** Any rail, water or air carrier or its "employees" or agents, other than you and your "employees", for a "trailer" if "bodily injury" or "property damage" or a "covered pollution cost or expense" occurs while the "trailer" is detached from a covered "auto" you are using and:

**(a)** Is being transported by the carrier; or

**(b)** Is being loaded on or unloaded from any unit of transportation by the carrier.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limit specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing "motor carriers" of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of "loss" because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of "your work" after that work has been completed or abandoned.

In the exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III – TRAILER INTERCHANGE COVERAGE**

**A. Coverage**

**1.** We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The "trailer's" collision with another object; or

**(2)** The "trailer's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the "trailer".

**c. Collision Coverage**

Caused by:

**(1)** The "trailer's" collision with another object; or

**(2)** The "trailer's" overturn.

© Insurance Services Office, Inc., 2011

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**3. Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for you:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.

**c.** All reasonable expenses incurred at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss of use.

**3. Other Exclusions**

We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**C. Limits Of Insurance**

The most we will pay for "loss" to any one "trailer" is the least of the following amounts:

**1.** The actual cash value of the damaged or stolen property at the time of the "loss";

**2.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**3.** The Limit Of Insurance shown in the Declarations.

**D. Deductible**

For each covered "trailer", our obligation to pay:

**1.** The actual cash value of the damaged or stolen property at the time of the "loss" will be reduced by the applicable deductible shown in the Declarations.

**2.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality will be reduced by the applicable deductible shown in the Declarations.

**3.** The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations.

**SECTION IV – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

2. **Towing – Private Passenger Type Autos**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the "private passenger type" is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extension**

   **a. Transportation Expenses**

   We will also pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the "private passenger type". We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

  **(1)** War, including undeclared or civil war;

  **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

  **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any of the following:

  **a.** Any covered "auto" while in anyone else's possession under a written "trailer" interchange agreement. But this exclusion does not apply to a loss payee; however, if we pay the loss payee, you must reimburse us for our payment.

  **b.** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

  **c.** Tapes, records, discs or similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

  **d.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

  **e.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

  **f.** Any accessories used with the electronic equipment described in Paragraph **e.** above.

**3.** Exclusions **2.e.** and **2.f.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

  **a.** Permanently installed in or upon the covered "auto";

  **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

  **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

  **d.** Necessary for the normal operation of the "auto" or the monitoring of the "auto's" operating system.

**4.** We will not pay for "loss" due and confined to:

  **a.** Wear and tear, freezing, mechanical or electrical breakdown.

  **b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to "loss" resulting from the total theft of a covered "auto".

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

  **a.** "Loss" to any one covered "auto" is the lesser of:

    **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

    **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

  **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

    **(1)** Permanently installed in upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

    **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

    **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION V – MOTOR CARRIER CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is a "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examination under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

© Insurance Services Office, Inc., 2011

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

## B. General Conditions

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligation under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance – Primary And Excess Insurance Provisions**

**a.** While any covered "auto" is hired or borrowed from you by another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Primary if a written agreement between you as the lessor and the other "motor carrier" as the lessee requires you to hold the lessee harmless.

**(2)** Excess over any other collectible insurance if a written agreement between you as the lessor and the other "motor carrier" as the lessee does not require you to hold the lessee harmless.

**b.** While any covered "auto" is hired or borrowed by you from another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Primary if a written agreement between the other "motor carrier" as the lessor and you as the lessee does not require the lessor to hold you harmless, and then only while the covered "auto" is used exclusively in your business as a "motor carrier" for hire.

**(2)** Excess over any other collectible insurance if a written agreement between the other "motor carrier" as the lessor and you as the lessee requires the lessor to hold you harmless.

**c.** While a covered "auto" which is a "trailer" is connected to a power unit, this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Provided on the same basis, either primary or excess, as the Covered Autos Liability Coverage provided for the power unit if the power unit is a covered "auto".

**(2)** Excess if the power unit is not a covered "auto".

**d.** Any Trailer Interchange Coverage provided by this Coverage Form is primary for any covered "auto".

**e.** Except as provided in Paragraphs **a., b., c.** and **d.** above, this Coverage Form provides primary insurance for any covered "auto" you own and excess insurance for any covered "auto" you don't own.

**f.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**g.** Regardless of the provisions of Paragraphs **a., b., c., d.** and **e.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

© Insurance Services Office, Inc., 2011

**h.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the "private passenger type" is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION VI – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

© Insurance Services Office, Inc., 2011

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

    **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

    **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

    **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto", if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any other contract or agreement, entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" unless the covered "auto" is used in your business as a "motor carrier" for hire as in Section **II**, Paragraph **A.1.d.** of the Who Is An Insured provision.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above, maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Motor carrier" means a person or organization providing transportation by "auto" in the furtherance of a commercial enterprise.

**M.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**N.** "Private passenger type" means a private passenger or station wagon type "auto" and includes an "auto" of the pickup or van type if not used for business purposes.

**O.** "Property damage" means damage to or loss of use of tangible property.

**P.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**Q.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Trailer" includes a semitrailer or a dolly used to convert a semitrailer into a trailer. But for Trailer Interchange Coverage only, "trailer" also includes a container.

© Insurance Services Office, Inc., 2011

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998
▢

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL AUTOMOBILE COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was comput-
ed based on rates in effect at the time the policy was
issued. On each renewal, continuation, or anniversary
of the effective date of this policy, we will compute the
premium in accordance with our rates and rules then
in effect.

 © ISO Properties, Inc., 2007 □

## AMERICAN SENTINEL INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# KNOWLEDGE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

Commercial General Liability Coverage Form
Commercial Business Auto Coverage Form
Garage Coverage Form
Truckers Coverage Form
Motor Carrier Coverage Form

It is hereby understood and agreed that knowledge of an "occurrence" by an agent, servant, or "employee" of the insured shall not in itself constitute your knowledge of such occurrence, unless you, an "executive officer", partner or employee designed by you to give us notice has received such notice from that agent, servant, or "employee".

STP0010 1016

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 **IL 00 21 09 08** ☐

COMMERCIAL AUTO
CA 01 43 05 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following are added to the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form and supersede any provisions to the contrary:

**1.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", a person described in Paragraph **1.b.** is operating an "auto" owned by the business described in Paragraph **1.a.,** then that person's liability coverage is primary and the Coverage Form issued to a business described in Paragraph **1.a.** is excess over any coverage available to that person.

**2.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident", an "insured" under the Coverage Form described in Paragraph **2.a.** is operating an "auto" owned by a person described in Paragraph **2.b.,** then the Coverage Form issued to the business described in Paragraph **2.a.** is primary and the liability coverage issued to a person described in Paragraph **2.b.** is excess over any coverage available to the business.

**3.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and:

**a.** One provides coverage to a Named Insured, who in the course of business, rents or leases "commercial vehicles" without operators; and

**b.** The other provides coverage to a person other than as described in Paragraph **3.a.;** and

**c.** At the time of an "accident", a person who is not the Named Insured of the Policy described in Paragraph **3.a.,** and who is not the agent or "employee" of such Named Insured, is operating a "commercial vehicle" provided by the business covered in the Coverage Form or policy described in Paragraph **3.a.,** then the liability coverage provided by the Coverage Form or policy described in Paragraph **3.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **3.a.** is excess over any coverage available to that person.

 © Insurance Services Office, Inc., 2016

**4.** Notwithstanding Paragraph **A.3.,** when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a power unit and any connected "trailer" or "trailers" and:

    **a.** One provides coverage to a Named Insured engaged in the business of transporting property by "auto" for hire; and

    **b.** The other provides coverage to a Named Insured not engaged in that business; and

    **c.** At the time of an "accident", a power unit is being operated by a person insured under the Coverage Form or policy described in Paragraph **4.a.,** then that Coverage Form or policy is primary for both the power unit and any connected "trailer" or "trailers" and the Coverage Form or policy described in Paragraph **4.b.** is excess over any other coverage available to such power unit and attached "trailer" or "trailers".

**B.** As used in this endorsement:

"Commercial vehicle" means an "auto" subject to registration or identification under California law which is:

    **1.** Used or maintained for the transportation of persons for hire, compensation or profit;

    **2.** Designed, used or maintained primarily for the transportation of property; or

    **3.** Leased for a period of six months or more.

© Insurance Services Office, Inc., 2016
CA 01 43 05 17

IL 02 70 09 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© Insurance Services Office, Inc., 2012

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

1. Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

   We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

2. **Residential Property**

   This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

   Commercial Property Coverage Part

   Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

   **a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below.

   **b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

   However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

   **(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

   **(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

   **(3)** We have:

   **(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

   **(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

   the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

   **c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

   **d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

   **(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

   **(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

3. We are not required to send notice of nonrenewal in the following situations:

   **a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© Insurance Services Office, Inc., 2012

**IL 02 70 09 12**

COMMERCIAL AUTO
CA 23 84 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

>AUTO DEALERS COVERAGE FORM
>BUSINESS AUTO COVERAGE FORM
>MOTOR CARRIER COVERAGE FORM
>SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

  **1.** "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

    **b.** When one or both of the following apply:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

  **2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

  **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© Insurance Services Office, Inc., 2013

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL AUTO
CA 23 85 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

 © Insurance Services Office, Inc., 2013

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.** In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

**CA 23 85 10 13**

# AMERICAN SENTINEL INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## EXCLUSION – ABUSE OR MOLESTATION

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM

The following exclusion is added to **Section II – Liability Coverage, B. Exclusions**:

This insurance does not apply to "bodily injury" or "property damage" arising out of the following:

**Abuse Or Molestation**

a.    The actual or threatened abuse or molestation by anyone or any person while in the care, custody or control of any insured, or

b.    The negligent:
(1)    Employment;
(2)    Investigation;
(3)    Supervision;
(4)    Reporting to the proper authorities, or failure to so report; or
(5)    Retention;
of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph a. above.

# <u>AMERICAN SENTINEL INSURANCE COMPANY</u>

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PUNITIVE DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Policy Number. |
|---|---|
| Named Insured: | Countersigned by |
| | (Authorized Representative) |

Coverage is amended as described below:

This policy does not cover fines, penalties, damages multiplied by operation of law, or punitive or exemplary damages. This exclusion applies regardless of whether the damages are based upon the insured's conduct or the conduct of some other party for whom the insured may be legally responsible.

If the exclusion of punitive or exemplary damages is not permitted by the law of the state in which a claim for punitive or exemplary damages is brought, then this exclusion shall limit those damages to the extent permitted by law. In no event shall the total of compensatory and punitive or exemplary damages be payable in excess of the limit of insurance provided herein.

# AMERICAN SENTINEL INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OCCUPANT HAZARD EXCLUSION

This endorsement modifies insurance under the following:

    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**, is amended by adding the following exclusion:

This insurance does not apply to bodily injury to any person while "occupying" a covered "auto". Occupying means in, upon, getting in, on, out, or off.

If we are required by law to pay for such loss, you  will reimburse us for any and all loss, costs, and expenses paid or incurred by us.

POLICY NUMBER:

**COMMERCIAL AUTO**
**CA 21 54 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA UNINSURED MOTORISTS COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

**SCHEDULE**

| |
|---|
| **Limit Of Insurance:   $**                                                    Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay only after the limits of liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Punitive or exemplary damages.

**2.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

**3.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

**4.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

However, Exclusion **4.** shall not apply to "bodily injury" sustained by an individual Named Insured or "family member" when struck by a vehicle owned by that "insured" and operated or caused to be operated by a person without that "insured's" consent in connection with criminal activity that has been documented in a police report and to which that "insured" is not a party to.

**5.** "Bodily injury" sustained by an individual Named Insured or any "family member" while "occupying" any vehicle leased by that Named Insured or any "family member" under a written contract for a period of six months or more that is not a covered "auto".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" sustained by an "insured" while "occupying" any "auto" that is rented or leased to that "insured" for use as a public or livery conveyance. However, this exclusion does not apply if the "insured" is in the business of providing public or livery conveyance.

**8.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** For a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", our Limit of Insurance shall be reduced by all sums paid because of "bodily injury" by or for anyone who is legally responsible, including all sums paid or payable under this policy's Covered Autos Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

© Insurance Services Office, Inc., 2012

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for California Uninsured Motorists Coverage – Bodily Injury as follows:

**1. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Send us copies of the legal papers if a "suit" is brought. In addition, a person seeking coverage under Paragraph **b.** of the definition of "uninsured motor vehicle" must:

   **(1)** Provide us with a copy of the complaint by personal service or certified mail if the "insured" brings an action against the owner or operator of such "uninsured motor vehicle";

   **(2)** Within a reasonable time, make all pleadings and depositions available for copying by us or furnish us copies at our expense; and

   **(3)** Provide us with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

**2. Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   No legal action may be brought against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form and with respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle" unless within two years from the date of the "accident":

   **a.** Agreement as to the amount due under this insurance has been concluded; or

   **b.** The "insured" has formally instituted arbitration proceedings against us. In the event that the "insured" decides to arbitrate, the "insured" must formally begin arbitration proceedings by notifying us in writing, sent by certified mail, return receipt requested; or

   **c.** "Suit" for "bodily injury" has been filed against the uninsured motorist in a court of competent jurisdiction.

   Written notice of the "suit" must be given to us within a reasonable time after the "insured" knew, or should have known, that the other motorist is uninsured. In no event will such notice be required before two years from the date of the accident. Failure of the "insured" or his or her representative to give us such notice of the "suit" will relieve us of our obligations under this Coverage Form only if the failure to give notice prejudices our rights.

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   **Transfer Of Rights Of Recovery Against Others To Us**

   **a.** With respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle", if we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

   **b.** With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**4. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

© Insurance Services Office, Inc., 2012

   **c.** If the coverage under this Coverage Form is provided:

     **(1)** On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

     **(2)** On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**5.** The following condition is added:

**Arbitration**

   **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

   **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

**F.** **Additional Definitions**

The following are added to the **Definitions** section:

**1.** "Family member" means the individual Named Insured's spouse, whether or not a resident of the individual Named Insured's household, and any other person related to such Named Insured by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   **a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   **b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is less than the Limit of Insurance for this coverage;

   **c.** For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent;

   **d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

   **e.** That is owned by an individual Named Insured or "family member" and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a police report.

However, "uninsured motor vehicle" does not include any vehicle:

   **a.** Owned or operated by a self-insurer under any applicable motor vehicle law except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

   **b.** Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing; or

   **c.** Designed or modified for use primarily off public roads while not on public roads.

 © Insurance Services Office, Inc., 2012

POLICY NUMBER:                                                COMMERCIAL AUTO
                                                                CA 01 21 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED MEXICO COVERAGE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY – **NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

**SCHEDULE**

| Mexico Coverage | $ | Premium |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Paragraph **7. Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

   The coverage territory is extended to include Mexico but only for:

   **a.** "Accidents" or "losses" occurring within 25 miles of the United States border; and

   **b.** Trips into Mexico of 10 days or less.

2. The **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

   The insurance provided by this endorsement will be excess over any other collectible insurance.

**B. Physical Damage Coverage** is amended by the addition of the following:

If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

**C. Additional Exclusions**

For the purposes of this endorsement, the following additional exclusions are added:

This insurance does not apply:

1. If the covered "auto" is not principally garaged and principally used in the United States.

2. To any "insured" who is not a resident of the United States.

**AUTO BODY REPAIR CONSUMER BILL OF RIGHTS**

A CONSUMER IS ENTITLED TO:

1.  SELECT THE AUTO BODY REPAIR SHOP TO REPAIR AUTO BODY DAMAGE COVERED BY THE INSURANCE COMPANY. AN INSURANCE COMPANY SHALL NOT REQUIRE THE REPAIRS TO BE DONE AT A SPECIFIC AUTO BODY REPAIR SHOP.

2.  AN ITEMIZED WRITTEN ESTIMATE FOR AUTO BODY REPAIRS AND, UPON COMPLETION OF REPAIRS, A DETAILED INVOICE. THE ESTIMATE AND THE INVOICE MUST INCLUDE AN ITEMIZED LIST OF PARTS AND LABOR ALONG WITH THE TOTAL PRICE FOR THE WORK PERFORMED. THE ESTIMATE AND INVOICE MUST ALSO IDENTIFY ALL PARTS AS NEW, USED, AFTERMARKET, RECONDITIONED, OR REBUILT.

3.  BE INFORMED ABOUT COVERAGE FOR TOWING AND STORAGE SERVICES.

4.  BE INFORMED ABOUT THE EXTENT OF COVERAGE, IF ANY, FOR A REPLACEMENT RENTAL VEHICLE WHILE A DAMAGED VEHICLE IS BEING REPAIRED.

5.  BE INFORMED OF WHERE TO REPORT SUSPECTED FRAUD OR OTHER COMPLAINTS AND CONCERNS ABOUT AUTO BODY REPAIRS.

6.  [effective January 1, 2010, pursuant to AB 1179 (Jones, Chapter 141, 2009)] SEEK AND OBTAIN AN INDEPENDENT REPAIR ESTIMATE DIRECTLY FROM A REGISTERED AUTO BODY REPAIR SHOP FOR REPAIR OF A DAMAGED VEHICLE, EVEN WHEN PURSUING AN INSURANCE CLAIM FOR REPAIR OF THE VEHICLE.

**COMPLAINTS WITHIN THE JURISDICTION OF THE BUREAU OF AUTOMOTIVE REPAIR**

Complaints concerning the repair of a vehicle by an auto body repair shop should be directed to:
Toll Free (866) 799-3811
Bureau of Automotive Repair
10949 North Mather Blvd.
Rancho Cordova, CA 95670

The Bureau of Automotive Repair can also accept complaints over its web site at: www.autorepair.ca.gov

**COMPLAINTS WITHIN THE JURISDICTION OF THE CALIFORNIA INSURANCE COMMISSIONER**

Any concerns regarding how an auto insurance claim is being handled should be submitted to the California Department of Insurance at:

(800) 927-4357 or (213) 897-8921
California Department of Insurance
Consumer Services Division
300 South Spring Street
Los Angeles, CA 90013

The California Department of Insurance can also accept complaints over its web site at: www.insurance.ca.gov

NOTE: Authority cited: Sections 790.10, 1874.85, 1874.87 of the California Insurance Code. Reference: Sections 790.03(c), 790.03(h)(3), and 1874.87 of the California Insurance Code; Sections 9884.8, 9884.9 of the California Business and Professions Code; and California Code of Regulations, Title 10, Chapter 5, Subchapter 7.5, Section 2695.8(j).

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# POLICY CHANGES

Policy Change Number #1

| POLICY NUMBER | POLICY CHANGES EFF. | COMPANY |
|---|---|---|
| FCT000905-02 | 01/05/2019 | American Sentinel Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Diallo LLC | First Capital - AWIS, LLC |

COVERAGE PARTS AFFECTED

Motor Carrier Liability

CHANGES

It is hereby agreed and understood that the policy has been amended as follows:

In consideration of $1,053 additional premium, Kitaka Yacoub Braddock is added as a driver with a surcharge due to his non-adjacent CDL.

Annual Surcharge:          $1,053

$1,053 X 1.000 Pro Rata = $1,053 additional premium

| TOTAL PRORATED PREMIUM |
|---|
| $1,053 additional premium |

All other terms and conditions remain unchanged.

_____
Authorized Representative Signature

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# POLICY CHANGES

Policy Change Number #2

| POLICY NUMBER | POLICY CHANGES EFF. | COMPANY |
|---|---|---|
| FCT000905-02 | 01/07/2019 | American Sentinel Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Diallo LLC | First Capital - AWIS, LLC |

| COVERAGE PARTS AFFECTED |
|---|
| Motor Carrier Liability |

CHANGES

It is hereby agreed and understood that the policy has been amended as follows:

In consideration of $50 additional premium, the following entity is added as an additional interest per the attached form CA 20 01.
Lessor - Additional Insured and Loss Payee

| TOTAL PRORATED PREMIUM |
|---|
| $50 additional premium |

All other terms and conditions remain unchanged.

Authorized Representative Signature

POLICY NUMBER: FCT000905-02

COMMERCIAL AUTO
CA 20 01 10 13

**THIS ENDORSEMENT CHANGES THE POLCY. PLEASE READ IT CAREFULLY.**

# LESSOR - ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This Endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** Diallo LLC |
| **Endorsement Effective Date:** 01/07/2019 |

**SCHEUDLE**

| | |
|---|---|
| **Insurance Company:** American Sentinel Insurance Company | |
| **Policy Number:** FCT000905-02 | **Effective Date:** 01/05/2019 |
| **Expiration Date:** 01/05/2019 | |
| **Named Insured:** Diallo LLC | |
| **Address:** 11216 Thienes Ave S El Monte, CA 91733 | |
| **Additional Insured (Lessor):** Cresco Capital Inc | |
| **Address:** 200 Owen Parkway Circle Carter Lake, IA 51510 | |
| **Designation Or Description Of "Leased Autos":** | |

| Coverages | Limit Of Insurance |
|---|---|
| **Covered Autos Liability** | $          **EACH "ACCIDENT"** |
| **Collision** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** <br> $         **Deductible For Each Covered "Leased Auto"** |
| **Additional Insured (Lessor):** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** <br> $         **Deductible For Each Covered "Leased Auto"** |
| **Address:** | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** <br> $         **Deductible For Each Covered "Leased Auto"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   a. You;

   b. Any of your "employees" or agents; or

   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement. Insurance shown in the Declarations.

**C.** The lessor is not liable for payment of your premiums.

**D.** The lessor is not liable for payment of your

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# POLICY CHANGES

Policy Change Number #3

| POLICY NUMBER | POLICY CHANGES EFF. | COMPANY |
|---|---|---|
| FCT000905-02 | 01/17/2019 | American Sentinel Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Diallo LLC | First Capital - AWIS, LLC |

COVERAGE PARTS AFFECTED

Motor Carrier Liability

CHANGES

It is hereby agreed and understood that the policy has been amended as follows:

In consideration of $0 additional premium, the following driver:

Kitaka Yacoub Braddock (D.O.B. 1973-05-10)

is excluded per the attached Named Driver Exclusion form (STP0012 1016)

| TOTAL PRORATED PREMIUM |
|---|
| No change in premium |

All other terms and conditions remain unchanged.

_____
Authorized Representative Signature

Copyright, Insurance Services Office, Inc.,   1983
Copyright, ISO Commercial Risk Services, Inc., 1983

# AMERICAN SENTINEL INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY - PLEASE READ IT CAREFULLY**

## NAMED DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:

Commercial Business Auto Coverage Form
Garage Coverage Form
Truckers Coverage Form
Motor Carrier Coverage Form

Name of Excluded Driver:   Kitaka Yacoub Braddock  (dob: 1973-05-10)

We will not pay for any claim arising from an "accident" or "loss" which occurs while a covered "auto" is being driven, either with or without your permissions, by the person listed above as an Excluded Driver.

None of the coverages provided by the policy apply to any injury, "loss" or damage sustained by any "insured" or any other person or organization because of the "accident" when the Excluded Driver named above is involved in an "accident" while operating a covered "auto". If we should be obligated to pay for any "loss" incurred while the Excluded Driver is operating a covered "auto" in order to comply with a compulsory insurance, financial responsibility or no fault law, you agree to reimburse us for all such payments and expense.

You also agree that this endorsement will serve as a rejection of uninsured/underinsured motorist coverage and personal injury protection coverage while a covered "auto" or any other motor vehicle is operated by the Excluded Driver.

Accepted by:_____Title_____Date:_____
(Signature of First Named Insured or officer or partner of the First Named Insured)

STP0012 1016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# POLICY CHANGES

Policy Change Number #4

| POLICY NUMBER | POLICY CHANGES EFF. | COMPANY |
|---|---|---|
| FCT000905-02 | 01/24/2019 | American Sentinel Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Diallo LLC | First Capital - AWIS, LLC |

COVERAGE PARTS AFFECTED

Motor Carrier Liability

CHANGES

It is hereby agreed and understood that the policy has been amended as follows:

In consideration of $1,012 return premium, Kitaka Yacoub Braddock (D.O.B. 1973-05-10) is removed as a driver with a surcharge.

Annual Surcharge Applied: $1,068

$1,068 x 0.948 prorata = $1,012 return premium

| TOTAL PRORATED PREMIUM |
|---|
| $1,012 return premium |

All other terms and conditions remain unchanged.

Authorized Representative Signature

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# POLICY CHANGES

Policy Change Number #5

| POLICY NUMBER | POLICY CHANGES EFF. | COMPANY |
|---|---|---|
| FCT000905-02 | 03/15/2019 | American Sentinel Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Diallo LLC | First Capital - AWIS, LLC |

COVERAGE PARTS AFFECTED

Motor Carrier Liability

CHANGES

It is hereby agreed and understood that the policy has been amended as follows:

In consideration of $0 additional premium, the following driver:

Ryan Anthony Hannah (D.O.B. 01/06/1990)

is excluded per the attached Named Driver Exclusion form (STP0012 1016)

| TOTAL PRORATED PREMIUM |
|---|
| No change in premium |

All other terms and conditions remain unchanged.

_____
Authorized Representative Signature

# AMERICAN SENTINEL INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY - PLEASE READ IT CAREFULLY**

# NAMED DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:

Commercial Business Auto Coverage Form
Garage Coverage Form
Truckers Coverage Form
Motor Carrier Coverage Form

Name of Excluded Driver:   Ryan Anthony Hannah  (dob: 01/06/1990)

We will not pay for any claim arising from an "accident" or "loss" which occurs while a covered "auto" is being driven, either with or without your permissions, by the person listed above as an Excluded Driver.

None of the coverages provided by the policy apply to any injury, "loss" or damage sustained by any "insured" or any other person or organization because of the "accident" when the Excluded Driver named above is involved in an "accident" while operating a covered "auto". If we should be obligated to pay for any "loss" incurred while the Excluded Driver is operating a covered "auto" in order to comply with a compulsory insurance, financial responsibility or no fault law, you agree to reimburse us for all such payments and expense.

You also agree that this endorsement will serve as a rejection of uninsured/underinsured motorist coverage and personal injury protection coverage while a covered "auto" or any other motor vehicle is operated by the Excluded Driver.

Accepted by:_____Title_____Date:_____
(Signature of First Named Insured or officer or partner of the First Named Insured)

STP0012 1016

Summary for Claim #: ASI-0001765

### Claim Information

| | | | |
|---|---|---|---|
| Claimant: | Diallo LLC | LOB: | Commercial Auto |
| Company: | AMERICAN SENTINEL INSURANCE... | Category: | Reserved |
| Handler: | Galaz, Christina | Received Date: | 03/24/2021 |
| Client Claim #: | | Reported Date: | 03/24/2021 |
| Client Contact: | | Loss Date: | 12/12/2019 |
| Bill to Client: | | Date Entered: | 03/24/2021 |
| Loss Causation: | All Other/Misc - Liability | Status: | Open |
| Accident Location: | | Closed Date: | |
| Claim Type: | Auto Liability – Bodily Injury | Closure Method: | |
| Claim Status: | | Reopened Date: | |
| Benefit State: | PA | Catastrophe Flag: | N |
| Lost Time?: | No | OSHA?: No | Catastrophe #: | 0.00 |

### Company Information

Client (Tier1):   AMERICAN SENTINEL INSURANCE COMPANY

### Policy Information

| | | | |
|---|---|---|---|
| Policy Number: | FCT000905-02 | Effective Date: | 01/05/2019 |
| Policy Holder: | Diallo LLC | Expiration Date: | 01/05/2020 |

#### Party Information

##### Diallo LLC (Insured)

| | | | |
|---|---|---|---|
| Name: | Diallo LLC | Status: | Open |
| Address: | 11216 Thienes Ave | Closed Date: | |
| | | Reopened Date: | |
| | S El Monte, CA 91733 | In Litigation: | No |
| SSN: | | In Subrogation: | No |
| Home Phone: | | Sex: | |
| Work Phone: | 2134015931 | Marital Status: | Unknown |
| Other Phone: | | Date of Birth: | |
| Email Address: | | Age: | |
| Occupation: | | Body Part: | |
| Department: | | Injury: | |
| Class Code: | | # of Dependents: | 0.00 |
| Driver's License: | | Vehicle Passenger: | No |
| License State: | | Assc. Property: | 2013 Peterbilt/8000 |
| Vehicle Driver: | No | Vehicle Owner: | Yes |
| Accident Description: | | | |
| Injury Description: | | | |

##### Diallo Bocar (Insured)

| | | | |
|---|---|---|---|
| Name: | Diallo Bocar | Status: | Open |
| Address: | 11216 Thinenes Ave | Closed Date: | |
| | | Reopened Date: | |
| | S El Monte, CA 91733 | In Litigation: | No |
| SSN: | | In Subrogation: | No |

March 24, 2021                          Summary for Claim #: ASI-0001765                          Page 2

3:12 PM

| | | | |
|---|---|---|---|
| Home Phone: | | Sex: | |
| Work Phone: | 2134015931 | Marital Status: | Unknown |
| Other Phone: | | Date of Birth: | 04/11/2023 |
| Email Address: | | Age: | -4.00 |
| Occupation: | | Body Part: | |
| Department: | | Injury: | |
| Class Code: | | # of Dependents: | 0.00 |
| Driver's License: | F2861235 | Vehicle Passenger: | No |
| License State: | CA | Assc. Property: | 2013 Peterbilt/8000 |
| Vehicle Driver: | Yes | Vehicle Owner: | No |
| Accident Description: | | | |
| Injury Description: | | | |

### Jose Castillo (Claimant)

| | | | |
|---|---|---|---|
| Name: | Jose Castillo | Status: | Open |
| Address: | 3468 N Hope St | Closed Date: | |
| | | Reopened Date: | |
| | Philadelphia, PA 19140 | In Litigation: | No |
| SSN: | | In Subrogation: | No |
| Home Phone: | 2678823665 | Sex: | |
| Work Phone: | | Marital Status: | Unknown |
| Other Phone: | | Date of Birth: | 02/22/1964 |
| Email Address: | | Age: | 55.00 |
| Occupation: | | Body Part: | |
| Department: | | Injury: | |
| Class Code: | | # of Dependents: | 0.00 |
| Driver's License: | 30066161 | Vehicle Passenger: | No |
| License State: | PA | Assc. Property: | 1992 Chevrolet/GMC/S10 Pickup |
| Vehicle Driver: | No | Vehicle Owner: | Yes |
| Accident Description: | | | |
| Injury Description: | | | |

### Property Information

#### Diallo LLC Property

| | | | |
|---|---|---|---|
| Vehicle Owner: | Diallo LLC | VIN: | 1XP4D49X8DD190785 |
| Vehicle Type: | | Year: | 2013 |
| Vehicle Unit #: | | Make: | Peterbilt |
| State: | CA | Model: | 8000 |
| Plate #: | XP09598 | Police Dept.: | |
| Equipment: | | Tickets: | |
| Damage: | | Contact Name: | |
| Accident Location: | | Contact Phone: | |
| Address: | | Contact Fax: | |
| | , | | |

#### Jose Castillo Property

| | | | |
|---|---|---|---|
| Vehicle Owner: | Jose Castillo | VIN: | 1GCCS14Z3ZN8128229 |
| Vehicle Type: | | Year: | 1992 |
| Vehicle Unit #: | | Make: | Chevrolet/GMC |

| | | | |
|---|---|---|---|
| State: | PA | Model: | S10 Pickup |
| Plate #: | ZKZ6148 | Police Dept.: | |
| Equipment: | | Tickets: | |
| Damage: | | Contact Name: | |
| Accident Location: | | Contact Phone: | |
| Address: | | Contact Fax: | |
| | ' | | |

---

**Activity Date:**  03/24/2021

Claim - Add

**DIARY: FOR Galaz, Christina TYPE: New Claim Received STATUS: Open**
You have been assigned a new claim.

**DIARY: FOR DiPasqualucci , Chris TYPE: New Claim Received STATUS: Open**
The adjuster has been assigned a new claim.

**DIARY: FOR Galaz, Christina TYPE: New Transfer Claim STATUS: Worked**
You have been assigned a new claim.

**Activity Date:**  04/01/2021

**DIARY: FOR Galaz, Christina TYPE: 10 Day Initial Reserve STATUS: Open**
Review Initial Reserves

**Activity Date:**  06/22/2021

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

**Activity Date:**  09/20/2021

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

**Activity Date:**  12/19/2021

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

**Activity Date:**  03/19/2022

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

**Activity Date:**  06/17/2022

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

**Activity Date:**  09/15/2022

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

**Activity Date:**  12/14/2022

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

**Activity Date:**  03/14/2023

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

Summary for Claim #: ASI-0001765

| | |
|---|---|
| **Activity Date:** | 06/12/2023 |

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

| | |
|---|---|
| **Activity Date:** | 09/10/2023 |

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

| | |
|---|---|
| **Activity Date:** | 12/09/2023 |

**DIARY: FOR Galaz, Christina TYPE: 90 Day Status Report Due STATUS: Open**
90 Day Status Report Due

AA-500S TX   PAGE 1

# Commonwealth of Pennsylvania Police Crash Report

Incident Number: **201902068354**

Crash Involves:
- ○ DUI
- ○ Fatality
- ○ Hit and Run
- ● Commercial Vehicle
- ○ State Police Vehicle
- ○ Local Police Vehicle
- ○ N/A
- ○ Work Zone
- ○ ATV
- ○ Snowmobile
- ○ Commonwealth Vehicle
- ○ Local Gov Vehicle

**REPORTABLE CRASH**

## Police Agency Data

| Agency Name | Case Closed | Patrol Zone | Investigation Date |
|---|---|---|---|
| PHILADELPHIA | YES | 01 | 12/12/2019 |

| Dispatch Time | Arrival Time | Investigator | Badge Number |
|---|---|---|---|
| 09:15 hrs. | 09:25 hrs. | KOBIEROWSKI, PETER | 06183 |

| Approval Date | Reviewer | Reviewer Badge Number |
|---|---|---|
| 12/12/2019 | SANJUAN, JESUS | 00433 |

## Crash Data

| Date of Crash | Time of Crash | Day of the Week | Crash Description |
|---|---|---|---|
| 12/12/2019 | 09:05 hrs. | THURSDAY | HEAD ON |

| County | Municipality |
|---|---|
| PHILADELPHIA | PHILADELPHIA CITY |

| Weather Conditions | Relation to Roadway |
|---|---|
| NO ADVERSE CONDITIONS | ON TRAVEL LANES |

| Illumination | Road Surface Conditions |
|---|---|
| DAYLIGHT | DRY |

| # of Units | # of People | # of Injured | # Killed |
|---|---|---|---|
| 002 | 002 | 001 | 000 |

| School Bus Related | School Zone Related | PennDOT Notified | Type of Intersection | Special Location |
|---|---|---|---|---|
| NO | NO | NO | 4 WAY INTERSECTION | NOT APPLICABLE |

## Work Zone

| Work Zone | Work Zone Type | Where in Work Zone |
|---|---|---|
| NO | | |

| Speed Limit | Workers Present | Officer Present | Work Zone Characteristics |
|---|---|---|---|
| | | | ☐ Lane Closure  ☐ Road Closed with Detour  ☐ Work on Shoulder or Median  ☐ Intermittent or Moving Work  ☐ Flagger Control  ☐ Other |

## Principal Road

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
| STATE HIGHWAY | 0001 | | 03 | 40 MPH | SOUTH |

| House Number | Street Name | St. Ending |
|---|---|---|
| | ROOSEVELT | BOULEVARD |

## Intersecting Rd.

| Used in Intersection Crashes | Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|---|
| | Street Name | | | | | St. Ending |

## Distance From Landmark / Used for Mid-Block Crashes

**Landmark 1**

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only | Feet |
|---|---|---|---|---|---|
| 0001 | | | | | 00064 |

| Street Name | Street Ending | Or Miles | Tenths |
|---|---|---|---|
| UNNAMED | STREET | | |

**Landmark 2**

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only | |
|---|---|---|---|---|---|
| | | | | | The above entry is the distance from the Crash Scene to Landmark 1 |
| Street Name | | | Street Ending | | |

## GPS

| Latitude: | Degrees 40 | Minutes 01 | : | Seconds 44 | Decimal 640 | Longitude: | - | Degrees 75 | Minutes 06 | Seconds 02 | Decimal 790 |
|---|---|---|---|---|---|---|---|---|---|---|---|

## TCD

| Traffic Control Device | Traffic Control Functioning |
|---|---|
| TRAFFIC SIGNAL | DEVICE FUNCTIONING PROPERLY |

## Lane

| Lane Closed | Lane Closure Direction | Traffic Detoured | Estimated Time Closed |
|---|---|---|---|
| PARTIALLY | SOUTH | NO | 30 - 60 MIN. |

## Environmental / Roadway Potential Factors (E/R)

| Factor 1 | Factor 2 | Factor 3 |
|---|---|---|
| NONE | | |

## Event Information

| First Harmful Event in the Crash | | Most Harmful Event in the Crash | |
|---|---|---|---|
| Unit Number 001 | Harmful Event HIT UNIT 2 | Unit Number 002 | Harmful Event STRUCK BY UNIT 1 |

| Indicated Prime Factor | Unit Number | Prime Factor Driver Action |
|---|---|---|
| DRIVER ACTION | 001 | SUDDEN SLOWING/STOPPING |

| Prime Factor Enviromental/Roadway | Prime Factor Vehicle Failure | Prime Factor Pedestrian Action |
|---|---|---|
| | | |

| Road Surface Type | Special Jurisdiction |
|---|---|
| | |

| Printed At: PHILADELPHIA | 1/7/2020   9:32 AM | 1 | Form #   201902068354 |
|---|---|---|---|

# Commonwealth of Pennsylvania Police Crash Report

**Incident Number:** 201902068354

**Crash Involves:** ○ DUI  ○ Fatality  ○ Hit and Run  ● Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle  **REPORTABLE CRASH**
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Driver/Pedestrian Information

| Unit Number | Type Unit | | | | Commercial Vehicle | |
|---|---|---|---|---|---|---|
| 001 | Motor Vehicle in Transport | | | | Yes | |

| First Name | MI | Last Name | Suffix | DOB | Telephone Number |
|---|---|---|---|---|---|
| BOCAR | | DIALLO | | 04/11/1976 | (213) 401-5931 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 11216 THINENES AVE | EL MONTE | CA | 91733-0000 |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
|---|---|---|---|---|---|
| MALE | F2861235 | CA | A | 04/11/2023 | PRIVATE VEHICLE  NOT OWNED/LEASED BY DRIVER |

| Driver Presence | Physical Condition |
|---|---|
| DRIVER OPERATED VEHICLE | APPARENTLY NORMAL |

| | Person Charged |
|---|---|
| Violation 1 | |
| Violation 2 | |
| Violation 3 | |
| Violation 4 | |

| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
|---|---|---|
| NO | TEST NOT GIVEN | |

| Drug Test Type | Drug Test Results |
|---|---|
| NONE | |

**Driver Action**  SUDDEN SLOWING/STOPPING

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|
| | | | |

| | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| 1st Harmful Event HIT UNIT 2 | | YES | |
| 2nd Harmful Event | | | |
| 3rd Harmful Event | | | |
| 4th Harmful Event | | | |

## Vehicle Information

| Owner First Name | Owner MI | Owner Last Name or Business Name | Suffix |
|---|---|---|---|
| INC | | DIALLO | |

| Street Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| 11216 THINENES AVE | EL MONTE | CA | 91733000 | (213) 401-5931 |

| Vehicle Type | Vehicle Automation | Special Usage | Government Equipment Number |
|---|---|---|---|
| LARGE TRUCK | NO AUTOMATION | NOT APPLICABLE | |

| Model Year | Vehicle Make | Vehicle Color | VIN |
|---|---|---|---|
| 2013 | PETERBILT | PRTB | RED | 1XP4D49X8DD190785 |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
|---|---|---|---|---|
| XP09598 | CA | 999 | NO | |

| Insurance | Insurance Company | Policy Number | Expiration Date |
|---|---|---|---|
| YES | ROYAL INS SERVICES | FCT00905002 | |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
|---|---|---|---|
| SOUTH | LEFT OF TRAFFICWAY | GOING STRAIGHT | 12 O'CLOCK |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
|---|---|---|---|
| FUNCTIONA | LEVEL | STRAIGHT | NONE |

### Trailing Units

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
|---|---|---|---|---|
| 1 | SEMI-TRAILER | 4LJ6803 | 2020 | CA |

| Unit Make | Unit Owner |
|---|---|
| WABASH NATIONAL | SOUTH WEST ASSETS MGMT |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
|---|---|---|---|
| | | | |

| Unit Make | Unit Owner |
|---|---|
| | |

### Motorcycle

| Engine Size | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| cc | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

### Pedalcycle

| Passenger? | Helmet? | Head Lights? | Rear Reflectors? |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania Police Crash Report

Crash Involves: ○ DUI  ○ Fatality  ○ Hit and Run  ● Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle    **REPORTABLE CRASH**
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Driver/Pedestrian Information

| Unit Number | Type Unit | | Commercial Vehicle |
|---|---|---|---|
| 002 | Motor Vehicle in Transport | | No |

| First Name | MI | Last Name | Suffix | DOB | Telephone Number |
|---|---|---|---|---|---|
| JOSE | | CASTILLO | | 02/22/1964 | (267) 882-3556 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 3468 N HOPE ST | PHILADELPHIA | PA | 19140 |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
|---|---|---|---|---|---|
| MALE | 30066161 | PA | C | | PRIVATE VEHICLE OWNED/LEASED BY DRIVER |

| Driver Presence | Physical Condition |
|---|---|
| DRIVER OPERATED VEHICLE | |

| Violation 1 | Person Charged |
|---|---|
| | |

| Violation 2 | Person Charged |
|---|---|
| | |

| Violation 3 | Person Charged |
|---|---|
| | |

| Violation 4 | Person Charged |
|---|---|
| | |

| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
|---|---|---|
| NO | TEST NOT GIVEN | |

| Drug Test Type | Drug Test Results |
|---|---|
| | |

| Driver Action | SUDDEN SLOWING/STOPPING |
|---|---|

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|
| | | | |

| 1st Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| STRUCK BY UNIT 1 | | YES | |

| 2nd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| | | | |

| 3rd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| | | | |

| 4th Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| | | | |

## Vehicle Information

| Owner First Name | Owner MI | Owner Last Name or Business Name | Suffix |
|---|---|---|---|
| JOSE | | CASTILLO | |

| Street Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| 3468 N HOPE ST | PHILADELPHIA | PA | 19140 | (267) 882-3556 |

| Vehicle Type | Vehicle Automation | Special Usage | Government Equipment Number |
|---|---|---|---|
| AUTOMOBILE | NO AUTOMATION | NOT APPLICABLE | |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
|---|---|---|---|---|
| 1992 | CHEVROLET | S10 | RED | 1GCCS14Z3N8128229 |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
|---|---|---|---|---|
| ZKZ6148 | PA | 999 | YES | ROTAIONAL TOWER OTHORDOX |

| Insurance | Insurance Company | Policy Number | Expiration Date |
|---|---|---|---|
| UNKNOWN | | | |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
|---|---|---|---|
| WEST | RIGHT OF TRAFFICWAY | GOING STRAIGHT | 2 O'CLOCK |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
|---|---|---|---|
| DISABLING | LEVEL | STRAIGHT | NONE |

### Trailing Units

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
|---|---|---|---|---|
| | | | | |

| Unit Make | | Unit Owner |
|---|---|---|
| | | |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
|---|---|---|---|
| | | | |

| Unit Make | | Unit Owner |
|---|---|---|
| | | |

### Motorcycle

| Engine Size cc | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

### Pedal cycle

| Passenger? | Helmet? | Head Lights? | | Rear Reflectors? |
|---|---|---|---|---|
| | | | | |

AA-500S TX
PAGE 4

**Commonwealth of Pennsylvania Police Crash Report**

Incident Number:   201902068354

Crash Involves: ○ DUI  ○ Fatality  ○ Hit and Run  ● Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle   **REPORTABLE CRASH**
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

### Commercial Vehicle

| Unit Number | Number of Axles | Carrier Name | | Phone Number |
|---|---|---|---|---|
| 1 | 05 | DIALLO LLC | | (213) 401-5931 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 11216 THIENES AVE | S EL MONTE | CA | 91733 |

| Cargo Body Type | Vehicle Configuration | GVWR |
|---|---|---|
| VAN / ENCLOSED BOX | TRACTOR / SEMI-TRAILER(S) | 080000 |

| Oversize Load | USDOT Number | ICC Number | PUC Number | Hazardous Materials |
|---|---|---|---|---|
| NO | 00308112 | | | NO |

| HazMat Class 1 | Release Indicator 1 |
|---|---|
| | |

| HazMat Class 2 | Release Indicator 2 |
|---|---|
| | |

| HazMat Class 3 | Release Indicator 3 |
|---|---|
| | |

| HazMat Class 4 | Release Indicator 4 |
|---|---|
| | |

### People Information

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 001 | 001 | BOCAR | | DIALLO | | 04/11/1976 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 11216 THIENES AVE | EL MONTE | CA | 91733-0000 |

| Phone Number | EMS Transport | Person Type | Gender |
|---|---|---|---|
| (213) 401-5931 | NO | DRIVER | MALE |

| EMS Agency | Medical Facility |
|---|---|
| PHILADELPHIA FIRE DEPT | NONE |

| Injury Severity |
|---|
| NOT INJURED |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | LAP AND SHOULDER BELT USED |

| Safety Equipment 2 | Extrication |
|---|---|
| NONE USED / NOT APPLICABLE | NOT APPLICABLE |

| Ejection | Ejection Path |
|---|---|
| NOT APPLICABLE | NOT EJECTED/NOT APPLICABLE |

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 002 | 002 | JOSE | | CASTILLO | | 02/22/1964 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 3468 N HOPE ST | PHILADELPHIA | PA | 19140 |

| Phone Number | EMS Transport | Person Type | Gender |
|---|---|---|---|
| (267) 882-3556 | YES | DRIVER | MALE |

| EMS Agency | Medical Facility |
|---|---|
| PHILADELPHIA FIRE DEPT | EINSTIEN HOSPITAL |

| Injury Severity |
|---|
| SUSPECTED MINOR INJURY |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | UNKNOWN |

| Safety Equipment 2 | Extrication |
|---|---|
| NONE USED / NOT APPLICABLE | NOT APPLICABLE |

| Ejection | Ejection Path |
|---|---|
| NOT APPLICABLE | NOT EJECTED/NOT APPLICABLE |

### Witness

| First Name | MI | Last Name | Suffix | Phone Number |
|---|---|---|---|---|
| JOSE | | INGRAM | | (215) 820-2039 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 2645 N 23RD ST | PHILADELPHIA | PA | 19132 |

**Commonwealth of Pennsylvania Police Crash Report**

Incident Number:   **201902068354**

Crash Involves:  ○ DUI    ○ Fatality    ○ Hit and Run    ◉ Commercial Vehicle    ○ State Police Vehicle    ○ Local Police Vehicle   **REPORTABLE CRASH**
○ N/A    ○ Work Zone    ○ ATV    ○ Snowmobile    ○ Commonwealth Vehicle    ○ Local Gov Vehicle



## NARRATIVE

**Crash Synopsis**

DRIVER OF UNIT#1 TRAVELING S/B ROOSEVELT BLVD INNER DRIVE LEFT LANE STATED THE LIGHT WAS YELLOW IN HIS DIRECTION AND UNIT #2 WAS W/B ON TOWER BLVD WHEN CONTACT WAS MADE AT INTERSECTION. DRIVER OF UNIT #2 TRANSPORTED TO EINSTEIN HOSPITAL BY MEDIC 32 AND TREATED BY DR KREUGER IN STABLE CONDITION. UNIT #2 ROTAIONAL TOWING TO ORTHODOX TOWING.

**Crash Details**

DRIVER OF UNIT#1 TRAVELING S/B ROOSEVELT BLVD INNER DRIVE LEFT LANE STATED THE LIGHT WAS YELLOW IN HIS DIRECTION AND UNIT #2 WAS W/B ON TOWER BLVD WHEN CONTACT WAS MADE AT INTERSECTION. DRIVER OF UNIT #2 TRANSPORTED TO EINSTEIN HOSPITAL BY MEDIC 32 AND TREATED BY DR KREUGER IN STABLE CONDITION. UNIT #2 ROTAIONAL TOWING TO ORTHODOX TOWING.